Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | J.P. Morgan Chase Bank, N.A. (Europe) | Checking | 3 0 3 0 | $ 58.33 |
| 3.2 | See continuation sheet | | | $ 411,928.25 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | PayPal (Online Payments) | $ 4,722.08 |
|---|---|---|
| 4.2 | BlueSnap (Online Payments) | $ 96,426.64 |

5. **Total of Part 1** — $ 513,135.30
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   | 7.1 | Office Lease Security Deposit - Chamberlin Properties I Limited Partnership | $ 20,542.00 |
   |---|---|---|
   | 7.2 | | $ |

Debtor  JadooTV, Inc.  
Name

Case number (*if known*) 19-41283 (WJL)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $ _____

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                    $ 20,542.00

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                                        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   0.00                  –   0.00                              = ........→   $ 0.00
                                face amount               doubtful or uncollectible accounts

    11b. Over 90 days old:      397,759.00            –   0.00                              = ........→   $ 397,759.00
                                face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.               $ 397,759.00

---

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                                **Valuation method used for current value**  **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $ _____

    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                               % of ownership:

    15.1. _____ _____% _____ $ _____

    15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $ _____

    16.2. _____ _____ $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                  $ _____

Debtor   JadooTV, Inc.
        Name

Case number *(if known)* 19-41283 (WJL)

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> 8,710 Jadoo5 Units in Hong Kong and Canada | _____ <br> MM / DD / YYYY | $_____ | _____ | 357,110.00 <br> $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    
    $ 357,110.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Case: 19-41283   Doc# 44   Filed: 06/14/19   Entered: 06/14/19 19:20:10   Page 3 of 18
Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 3

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

    ❏ No

    ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No

    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❏ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Miscellaneous Office Furniture | $_____ | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Miscellaneous Computer Equipment and TVs | $_____ | _____ | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ❏ Yes

Debtor  JadooTV, Inc.  
      Name  
Case number *(if known)* 19-41283 (WJL)

# Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☑ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____ $_____ _____ $_____
    47.2 _____ $_____ _____ $_____
    47.3 _____ $_____ _____ $_____
    47.4 _____ $_____ _____ $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____ $_____ _____ $_____
    48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

    49.1 _____ $_____ _____ $_____
    49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    $_____ _____ $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.
    
    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Case: 19-41283   Doc# 44   Filed: 06/14/19   Entered: 06/14/19 19:20:10   Page 5 of 18
Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 5

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Office Space - 5475 square feet<br>5880 West Las Positas Blvd | Lease | $_____ | _____ | $ 0.00 |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>TMs:JadooTV JadooBox Jadoo2 Jadoo3 Jadoo4 Jadoo5 JadooGo | $_____ | _____ | $ Unknown |
| 61. | **Internet domain names and websites**<br>JadooTV.com | $_____ | _____ | $ Unknown |
| 62. | **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. | **Customer lists, mailing lists, or other compilations**<br>List of JadooTV Subscribers | $_____ | _____ | $ Unknown |
| 64. | **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. | **Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.     $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    See continuation sheet
    Total face amount: 224,000.00 − doubtful or uncollectible amount: 0.00 = $224,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    
    Tax year _____  $_____
    Tax year _____  $_____
    Tax year _____  $_____

73. **Interests in insurance policies or annuities**
    
    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    
    Nature of claim _____
    Amount requested $_____
    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    
    Nature of claim _____
    Amount requested $_____
    $_____

76. **Trusts, equitable or future interests in property**
    
    $_____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership
    
    $_____
    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.
    $224,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor  JadooTV, Inc.  
       Name                                                                 Case number (if known) 19-41283 (WJL)

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 513,135.30 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 20,542.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 397,759.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 357,110.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 224,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 1,512,546.30 ➕ 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... 1,512,546.30     $ 1,512,546.30

**Continuation Sheet for Official Form 206 A/B**

## 3) Checking, savings, money market, or financial brokerage accounts

| | | | |
|---|---|---|---|
| **J.P. Morgan Chase Bank, N.A.** | Savings | 0780 | |
| **Balance: 350,030.82** | | | |
| **J.P. Morgan Chase Bank, N.A.** | Checking | 8142 | |
| **Balance: 53,962.13** | | | |
| **J.P. Morgan Chase Bank, N.A. (Canada)** | Checking | 6033 | |
| **Balance: 771.46** | | | |
| **J.P. Morgan Chase Bank, N.A. (Advertising)** | Checking | 1820 | |
| **Balance: 0.73** | | | |
| **Comerica Bank** | Savings | 0396 | |
| **Balance: 701.73** | | | |
| **Comerica Bank** | Checking | 5062 | |
| **Balance: 700.64** | | | |
| **J.P. Morgan Chase Bank, N.A. (APAC)** | Checking | 2560 | |
| **Balance: 38.66** | | | |
| **J.P. Morgan Chase Bank, N.A. (Payroll Account)** | Checking | 8280 | |
| **Balance: 5,722.08** | | | |

## 71) Notes receivable

| | | | |
|---|---|---|---|
| **Loan to fund Canadian operations** | 200,000.00 | 0.00 | 200,000.00 |
| **Shareholder Loan to Sajid Sohail** | 24,000.00 | 0.00 | 24,000.00 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

| Fill in this information to identify the case: |
|---|
| Debtor: JadooTV, Inc. |
| United States Bankruptcy Court for the: Northern District of California |
| Case number (If known): 19-41283 (WJL) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Ahsan Salahuddin (PTO Balance)<br>6976 Lassen Ct.<br>Pleasanton, CA, 94588<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | As of the petition filing date, the claim is: $9,231.00<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,231.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>Omar Abawi (PTO Balance)<br>981 Englewood Way<br>Lathrop, CA, 95330<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | As of the petition filing date, the claim is: $3,231.00<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,231.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>Rick Bottomley (PTO Balance)<br>10741 Green Valley Drive<br>Gilroy, CA, 95020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | As of the petition filing date, the claim is: $4,615.00<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,615.00 |

# Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4 Priority creditor's name and mailing address**
Sadia Sohail (PTO Balance)
7977 Foothill Knolls Drive
Pleasanton, CO, 94588

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,615.00
Priority amount: $4,615.00

---

**2.5 Priority creditor's name and mailing address**
Sajid Sohail (PTO Balance)
7977 Foothill Knolls Drive
Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $18,462.00
Priority amount: $13,650.00

---

**2.__ Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Total claim: $_____
Priority amount: $_____

---

**2.__ Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Total claim: $_____
Priority amount: $_____

| Debtor | JadooTV, Inc. | Case number (if known) | 19-41283 (WJL) |
|---|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Akamai
150 Broadway
Cambridge, MA, 02142

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 50,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
ARY Digital USA, LLC
185 W. John Street, #220
Hicksville, NY, 11801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 98,258.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Dish Network LLC
9601 South Meridian Blvd.
Englewood, CO, 80112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Lawsuit

$ 6,450,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Dish Technologies LLC
9601 S. Meridian Blvd.
Englewood, CO, 80112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Lawsuit

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Dunya
8/A Abbot Rd.
Lahore, PAKISTAN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 20,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Highwinds
20201 McKinney Ave.
Suite 1100
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 64,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2: Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7 Nonpriority creditor's name and mailing address**
O'Melveny & Meyers
Two Embarcadero Center
28th Floor
San Francisco, CA, 94111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

$329,175.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.8 Nonpriority creditor's name and mailing address**
PG&E
PO Box 997300
Sacramento, CA, 95899

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$1,350.52

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.9 Nonpriority creditor's name and mailing address**
ShenZhen Geniatech Ltd.
18F, GDC Building, No. 9
GaoXin Centre 3rd Avenue
Nanshan District, ShenZhen, CHINA 518057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$208,925.00

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.10 Nonpriority creditor's name and mailing address**
Sling TV LLC
9601 S. Meridian Ave.

Englewood, CO, 80112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit

$Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.___ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 40,154.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 7,221,708.52 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 7,261,862.52 |

# Fill in this information to identify the case:

Debtor name: JadooTV, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 19-41283 (WJL)  Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Services | IDC Resources PVT Ltd.<br>First Floor Evacuee Trust Complex<br>Aga Khan Road, F-5/1<br>Islamabad, PAKISTAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Services | TCW Services Canada, Inc.<br>181 Bay Street<br>Suite 4400<br>Toronto, ON, MJ2T3 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 2016 Range Rover Sport<br>Lessee | Livermore Jaguar Landrover<br>3500 Las Positas Road<br>Livermore, CA, 94551 |
| | State the term remaining | Expires 04/20/2020 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Services | Xumax Inc.<br>122 Frini Court<br>Woodbridge, ON, CANADA L4H2V6 |
| | State the term remaining | Expires May 2020 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Services<br>Purchaser | Aryana Sayeed/Sherzaad Entertainment<br>7 Song Bird Drive<br>Markham, ON, L3S 3X7 CANADA |
| | State the term remaining | 07/31/2019 | |
| | List the contract number of any government contract | | |

| Debtor | JadooTV, Inc. | Case number (if known) | 19-41283 (WJL) |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Services Purchaser | Alive ProStudios, Inc.<br>126 Upper Post Rd.<br>Vaughan, ON L6A 4J9 CANADA |
| | State the term remaining | 07/31/2019 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CDN Internet Database Purchaser | Akamai<br>150 Broadway<br>Cambridge, MA, 02142 |
| | State the term remaining | Expires 07/01/2020 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CDN Internet Database Purchaser | Highwinds<br>20201 McKinney St.<br>Suite 1100<br>Dallas, TX, 75201 |
| | State the term remaining | Expires 03/31/2020 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Content Agreement Purchaser | Dunya<br>8/A Abbot Rd.<br>Lahore, PAKISTAN |
| | State the term remaining | Expires 12/31/2019 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Chamberlin Properties I Limited Partnership<br>5860 West Las Positas Boulevard, Suite 21<br>Pleasanton, CA, 94588-8552 |
| | State the term remaining | Expires 09/30/2020 | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | CloudStream Medi | CloudStream Media Inc.<br>5880 W. Las Positas Blvd.<br>#37<br>Pleasanton, CA, 94588 | ARY | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |