**Fill in this information to identify the case:**

Debtor name: JadooTV, Inc.

United States Bankruptcy Court for the: Northern District of California (State)

Case number (If known): 19-41283 (WJL)

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................................ $ 1,312,546.30

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................. $ 1,312,546.30

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $ 40,154.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................ +$ 7,221,708.52

4. **Total liabilities**.................................................................................................................................. $ 7,261,862.52
   Lines 2 + 3a + 3b