# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JadooTV, Inc.<br>CloudStream Media, Inc. | **Case No.** 19-41283 (Jointly Administered)<br><br>**CHAPTER 11**<br>**MONTHLY OPERATING REPORT** (FOR JADOOTV INC)<br>**(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jul-19     **PETITION DATE:** 05/31/19

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in __$1__

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| | a. Current Assets | $1,031,696 | $995,539 | |
| | b. Total Assets | $1,052,238 | $1,016,081 | $938,171 |
| | c. Current Liabilities | $861,216 | $831,816 | |
| | d. Total Liabilities | $861,216 | $831,816 | $781,182 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| | a. Total Receipts | $211,215 | $258,740 | $469,955 |
| | b. Total Disbursements | $237,655 | $177,541 | $415,196 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($26,440) | $81,199 | $54,759 |
| | d. Cash Balance Beginning of Month | $577,067 | $495,868 | $495,868 |
| | e. Cash Balance End of Month (c + d) | $550,627 | $577,067 | $550,627 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $6,755 | $27,278 | $34,033 |
| 5. | **Account Receivables (Pre and Post Petition)** | $481,069 | $418,472 | |
| 6. | **Post-Petition Liabilities** | $109,361 | $79,962 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $109,361 | $79,962 | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | xxx |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | xxx |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | xxx | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | xxx | |
| 13. | Are a plan and disclosure statement on file? | xxx | |
| 14. | Was there any post-petition borrowing during this reporting period? | | xxx |

15. Check if paid: Post-petition taxes __X__ ;  U.S. Trustee Quarterly Fees __X__ ;  Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __8/21/2019__     _____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 07/31/19 _____

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | | **Revenues:** | | |
| $268,981 | $250,000 | $18,981 | 1 | Gross Sales | $523,969 | $275,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $268,981 | $250,000 | $18,981 | 3 | Net Sales | $523,969 | $275,000 |
| $110,165 | $85,000 | ($25,165) | 4 | less: Cost of Goods Sold          (Schedule 'B') | $194,371 | $110,000 |
| $158,816 | $165,000 | ($6,184) | 5 | Gross Profit | $329,598 | $165,000 |
| $26 | $24 | $2 | 6 | Interest | $50 | $24 |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $158,842 | $165,024 | ($6,182) | 10 | **Total Revenues** | $329,648 | $165,024 |
| | | | | **Expenses:** | | |
| $52,000 | $52,000 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $69,045 | $52,000 |
| $18,152 | $18,000 | ($152) | 12 | Salaries | $70,152 | $18,000 |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $11,194 | $12,000 | $806 | 15 | Personal Property | $22,388 | $12,000 |
| | | $0 | 16 | Real Property | $0 | |
| | | $0 | 17 | Insurance | $0 | |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $22,827 | $20,000 | ($2,827) | 23 | Other Selling | $43,208 | $20,000 |
| $3,317 | $4,000 | $683 | 24 | Other Administrative | $6,225 | $4,000 |
| | | $0 | 25 | Interest | $0 | |
| | $20,000 | $20,000 | 26 | Other Expenses:    Professional fees | $0 | $20,000 |
| | | $0 | 27 | Bankruptcy legal fees | | |
| $20,000 | | ($20,000) | 28 | Legal fees Dish lawsuit | $20,000 | $10,000 |
| $25,000 | $25,000 | $0 | 29 | Keller Fees | $65,000 | $25,000 |
| $347 | | ($347) | 30 | | $347 | |
| | | $0 | 31 | | $0 | |
| | | $0 | 32 | | $0 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $152,837 | $151,000 | ($1,837) | 35 | **Total Expenses** | $296,365 | $161,000 |
| $6,005 | $14,024 | ($8,019) | 36 | **Subtotal** | $33,283 | $4,024 |
| | | | | **Reorganization Items:** | | |
| $0 | | $0 | 37 | Professional Fees | $0 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | |
| | | | | Resulting Chp 11 Case | $0 | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| $750 | | ($750) | 41 | U.S. Trustee Quarterly Fees | $750 | |
| | | $0 | 42 | | $0 | |
| $750 | $0 | $750 | 43 | **Total Reorganization Items** | $750 | $0 |
| $6,755 | $14,024 | ($7,269) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $34,033 | $4,024 |
| $0 | | $0 | 45 | Federal & State Income Taxes | | |
| $6,755 | $14,024 | ($7,269) | 46 | **Net Profit (Loss)** | $34,033 | $4,024 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    07/31/19

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $550,627 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $481,069 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $1,031,696 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | Rent deposit | | $20,542 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $20,542 |
| 29 | **Total Assets** | | $1,052,238 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $59,897 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $801,319 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $861,216 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $861,216 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $861,216 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($6,653,850) |
| 53 | Capital Stock | | $200 |
| 54 | Additional paid-in capital | | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | | $34,033 |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | $191,022 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $1,052,238 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $481,069 | $801,319 | |
| 31-60 Days | | | |
| 61-90 Days | | | $109,361 |
| 91+ Days | | | |
| Total accounts receivable/payable | $481,069 | $801,319 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $481,069 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 0 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $0 |
| Product for resale | $0 | Direct labor | $0 |
| | | Manufacturing overhead | $0 |
| Distribution - | | Freight in | $0 |
| Products for resale | $0 | Other: | $110,165 |
| | | Freight, cdn, customer service, cdn | |
| Manufacturer - | | | |
| Raw Materials | $0 | | |
| Work-in-progress | $0 | Less - | |
| Finished goods | $0 | Inventory End of Month | $0 |
| | | Shrinkage | $0 |
| Other - Explain | | Personal Use | $0 |
| | | | |
| | | Cost of Goods Sold | $110,165 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____  No  xxx

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | — |
| LIFO cost | — |
| Lower of cost or market | — |
| Retail method | — |
| Other | — |
| Explain | |

Inventory valued at zero per GAAP as company in bankruptcy
thus reducing the consumer wanting to purchase the product

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Office Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Vehicles - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $502,155 | $7,283 | $39,787 | $1,402 |
| Total Funds on Hand for all Accounts | $550,627 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    07/31/19

|  |  | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---:|---:|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $211,189 | $469,905 |
| 3 | Interest Received | $26 | $50 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | $0 |
| 8 | | | $0 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $211,215 | $469,955 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | 0 | $0 |
| 14 | Selling | $22,827 | $43,208 |
| 15 | Administrative | $3,317 | $6,225 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
|  | Rent/Lease: | | $0 |
| 19 |    Personal Property | $11,194 | $22,388 |
| 20 |    Real Property | | $0 |
|  | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 |    Salaries | $52,000 | $104,000 |
| 22 |    Draws | $0 | $0 |
| 23 |    Commissions/Royalties | $0 | $0 |
| 24 |    Expense Reimbursements | $0 | $0 |
| 25 |    Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $18,152 | $35,197 |
| 27 | Management Fees | $0 | $0 |
|  | Taxes: | | $0 |
| 28 |    Employee Withholding | $0 | $0 |
| 29 |    Employer Payroll Taxes | $0 | $0 |
| 30 |    Real Property Taxes | $0 | $0 |
| 31 |    Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | $0 |
| 33 |    Vendors related to product delivery and performance | $84,665 | $127,678 |
| 34 |    includes shipping, CDN, other | | $0 |
| 35 |    Research and development costs | $25,500 | $56,500 |
| 36 |    Legal fees Dish Lawsuit | $20,000 | $20,000 |
| 37 | | | $0 |
| 38 | **Total Cash Disbursements:** | $237,655 | $415,196 |
| 39 | **Net Increase (Decrease) in Cash** | ($26,440) | $54,759 |
| 40 | **Cash Balance, Beginning of Period** | $577,067 | $495,868 |
| 41 | **Cash Balance, End of Period** | $550,627 | $550,627 |

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 8 of 29

Revised 1/1/98

## STATEMENT OF CASH FLOWS

**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 07/31/19

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $211,189 | $469,905 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $26 | $50 |
| 4 | Cash Paid to Suppliers | $110,165 | $184,178 |
| 5 | Cash Paid for Selling Expenses | $22,827 | $43,208 |
| 6 | Cash Paid for Administrative Expenses | $3,317 | $6,225 |
| | Cash Paid for Rents/Leases: | | $0 |
| 7 | Personal Property | $11,194 | $22,388 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $18,152 | $35,197 |
| | Cash Paid to Owner(s)/Officer(s) | | $0 |
| 11 | Salaries | $52,000 | $104,000 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | $0 |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | $0 |
| 21 | | | $0 |
| 22 | Legal fees Dish Lawsuit | $20,000 | $20,000 |
| 23 | | | $0 |
| 24 | | | $0 |
| 25 | | | $0 |
| 26 | | | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($26,440) | $54,759 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $0 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $0 |
| 31 | | | $0 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($26,440) | $54,759 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | $0 |
| 36 | | | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $0 |
| 40 | Capital Contributions | | $0 |
| 41 | Principal Payments | | $0 |
| 42 | | | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($26,440) | $54,759 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $577,067 | $577,067 |
| 46 | **Cash and Cash Equivalents at End of Month** | $550,627 | $631,826 |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

June 29, 2019 through July 31, 2019
Account Number: [redacted]780

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00530146 DRE 703 210 21319 NNNNNNNNNNN 1 000000000 61 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

05301460101000000021

## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$350,054.45** |
| Deposits and Additions | 2 | 12,025.67 |
| **Ending Balance** | **2** | **$362,080.12** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.08% |
| Interest Paid This Period | $25.67 |
| Interest Paid Year-to-Date | $234.91 |

Your monthly service fee was waived because you maintained an average savings balance of $10,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$350,054.45** |
| 07/18 | Online Transfer From Chk ...1820 Transaction#: 8445316168 | **12,000.00** | 362,054.45 |
| 07/31 | Interest Payment | **25.67** | 362,080.12 |
| | **Ending Balance** | | **$362,080.12** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase Platinum Business Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 11 of 29

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051



00001944 DRE 703 210 21519 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$18.74** |
| Deposits and Additions | 3 | 47,660.75 |
| Electronic Withdrawals | 2 | -47,000.00 |
| **Ending Balance** | **5** | **$679.49** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | Rhythmonellc | Payment | 12279 | CCD ID: 7208883948 | $46,310.75 |
| 07/17 | Deposit | 970855925 | | | 850.00 |
| 07/22 | Deposit | 1890754370 | | | 500.00 |
| **Total Deposits and Additions** | | | | | **$47,660.75** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | 07/05 Online Transfer To Chk ...8280 Transaction#: 8403687796 | $35,000.00 |
| 07/18 | 07/18 Online Transfer To Sav ...0780 Transaction#: 8445316168 | 12,000.00 |
| **Total Electronic Withdrawals** | | **$47,000.00** |

Case: 19-41283   Doc# 108   Filed: 08/21/19   Entered: 08/21/19 21:20:31   Page 12 of 29


# DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/02 | $46,329.49 |
| 07/05 | 11,329.49 |
| 07/17 | 12,179.49 |
| 07/18 | 179.49 |
| 07/22 | 679.49 |

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

---

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 13 of 29



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001945 DRE 703 210 21519 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

---

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$38.66** |
| **Ending Balance** | 0 | **$38.66** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 14 of 29



This Page Intentionally Left Blank



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051



June 29, 2019 through July 31, 2019

Account Number: 000000102908030

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001946 DRE 703 210 21519 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$58.33** |
| **Ending Balance** | **0** | **$58.33** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283   Doc# 108   Filed: 08/21/19   Entered: 08/21/19 21:20:31   Page 16 of 29


This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

June 29, 2019 through July 31, 2019

Account Number: 000000180785270



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004488 DRE 703 210 21519 NNNNNNNNNNN 1 000000000 D2 0000

PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588-8583

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,506.09** |
| Deposits and Additions | 1 | 10,000.00 |
| Electronic Withdrawals | 2 | -10,000.00 |
| **Ending Balance** | **3** | **$3,506.09** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8552 Trn: 3199800206Es | $10,000.00 |
| **Total Deposits and Additions** | | **$10,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22 | 07/22 Online Domestic Wire Transfer Via: Hsbc USA/021001088 A/C: Hsbc Buffalo NY Ben: Faisal Aftab And Ayesha Umer New York NY 10017 US Imad: 0722B1Qgc06C012345 Trn: 6346200203Es | $2,000.00 |
| 07/25 | 07/25 Online International Wire Transfer A/C: Bank AL Falah Limited Karachi Pakistan 0 Ref: Business Expenses Trn: 4268000206Es | 8,000.00 |
| **Total Electronic Withdrawals** | | **$10,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/22 | $1,506.09 |
| 07/25 | 3,506.09 |

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 18 of 29



## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 8/5/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | 1 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 1 | 3 | 0 | $25.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 8/5/19)** | | | | | **$95.00** |

**ACCOUNT** ●●●●●●●●●●●5270

| | | |
|---|---|---|
| **Monthly Service Fee** | | |
| Monthly Service Fee | 1 | |
| **Other Service Charges:** | | |
| **Electronic Credits** | | |
| Electronic Credits | 1 | |
| **Credits** | | |
| Non-Electronic Transactions | 2 | |
| **Miscellaneous Fees** | | |
| Online US Dollar Intl Wire Fee | 1 | |
| Online Domestic Wire Fee | 1 | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00021972 DRE 703 210 21519 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$71,355.62** |
| Deposits and Additions | 11 | 250,707.08 |
| Checks Paid | 12 | -54,501.57 |
| Electronic Withdrawals | 29 | -141,059.22 |
| Fees | 1 | -10.00 |
| **Ending Balance** | **53** | **$126,491.91** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Bluesnap Inc1604 Cash Disb  582921       CCD ID: 3450479415 | $129,302.94 |
| 07/05 | Paypal        Transfer           PPD ID: Paypalsdw1 | 4,800.00 |
| 07/17 | Paypal        Transfer           PPD ID: Paypalsd11 | 12,000.00 |
| 07/19 | Paypal        Transfer           PPD ID: Paypalsd11 | 2,000.00 |
| 07/22 | Bluesnap Inc.    582921      279219        CCD ID: 1450479415 | 15,222.82 |
| 07/23 | Paypal        Transfer           PPD ID: Paypalsd11 | 4,000.00 |
| 07/23 | Paypal        Transfer           PPD ID: Paypalsd11 | 3,000.00 |
| 07/25 | Deposit        944721623 | 3,960.00 |
| 07/29 | Paypal, Inc.      EDI Pymnts Doc0020027697       ID: 6770510487 | 50,000.00 |
| 07/29 | Bluesnap Inc.    582921      283573        CCD ID: 1450479415 | 15,921.32 |
| 07/30 | Paypal        Transfer           PPD ID: Paypalsd11 | 10,500.00 |
| **Total Deposits and Additions** | | **$250,707.08** |

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 20 of
29


## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1079 ^ | | 07/02 | $1,218.92 |
| 1081 * ^ | | 07/08 | 220.00 |
| 1082 ^ | | 07/08 | 110.00 |
| 1083 ^ | | 07/08 | 11,193.64 |
| 1084 ^ | | 07/16 | 110.00 |
| 1085 ^ | | 07/22 | 110.00 |
| 1086 ^ | | 07/31 | 110.00 |
| 4473 * ^ | | 07/11 | 4,626.17 |
| 4474 ^ | | 07/18 | 2,500.00 |
| 4475 ^ | | 07/29 | 251.57 |
| 4476 ^ | | 07/30 | 33,227.99 |
| 4477 ^ | | 07/30 | 823.28 |
| **Total Checks Paid** | | | **$54,501.57** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | 07/01 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org:████████████3142 Jadoo Tv Inc Ben:/478520020193011 Xumax Inc. Ref: Business Expenses/Ocmt/Cad5720,00/Exch/1.2834/Cntr/16640968/Acc/Accoun T 0193011 Trn: 8924000182Re | $4,456.91 |
| 07/01 | 07/01 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org:████████████3142 Jadoo Tv Inc Ben:/362111480001 Tcw Services Canada Inc Ref: Business Expenses/Ocmt/Cad2942,40/Exch/1.2834/Cntr/16616632/ Trn: 8066500182Re | 2,292.66 |
| 07/01 | 07/01 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Chan Punzalan Llp San Mateo CA 94403 US Ref: Jadootv/Time/13:48 Imad: 0701B1Qgc01C018691 Trn: 6560300182Es | 10,000.00 |
| 07/01 | 07/01 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Chan Punzalan Llp San Mateo CA 94403 US Ref: Sajid Sohail Retainer/Time/13:49 Imad: 0701B1Qgc04C010931 Trn: 6564000182Es | 10,000.00 |
| 07/05 | 07/05 Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Hong Kong Ben: Nsc Worlwide (Hongkong) Limited North Point Hk Ref: Business Expenses Ssn: 0665820 Trn: 5539400186Es | 1,768.56 |
| 07/05 | 07/05 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org:████████████3142 Jadoo Tv Inc Ben:/362111480001 Tcw Services Canada Inc Ref: Invoice 6984 6985Business Expenses/Ocmt/Cad2942,40/Exch/1.2835/Cntr/23 124107/ Trn: 5012400186Re | 2,292.48 |
| 07/05 | 07/05 Online International Wire Transfer A/C: T. C. Ziraat Bankasi A.S. Ankara Turkey 00000- Ref: Business Expenses Trn: 5798900186Es | 3,200.00 |
| 07/10 | Paypal        Echeck    1006071281254   Web ID: Paypalec88 | 33.51 |
| 07/11 | Paypal        Echeck    1006079409114   Web ID: Paypalec88 | 193.57 |
| 07/12 | 07/12 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org:████████████3142 Jadoo Tv Inc Ben:/362111480001 Tcw Services Canada Inc Ref: Invoice 7013 7014Business Expenses/Ocmt/Cad2942,40/Exch/1.2784/Cntr/41 948912/ Trn: 9428000193Re | 2,301.63 |
| 07/12 | Federal Express  Debit    Mma33017403    CCD ID: 1710427007 | 8,130.35 |
| 07/16 | Federal Express  Debit    Mma33036335    CCD ID: 1710427007 | 1,953.97 |
| 07/16 | Federal Express  Debit    Mma33036311    CCD ID: 1710427007 | 1,448.76 |
| 07/16 | Federal Express  Debit    Mma33035584    CCD ID: 1710427007 | 367.06 |

Case: 19-41283   Doc# 108   Filed: 08/21/19   Entered: 08/21/19 21:20:31   Page 21 of 29



# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/16 | Federal Express  Debit    Mma33035577    CCD ID: 1710427007 | 274.20 |
| 07/16 | Federal Express  Debit    Mma33036319    CCD ID: 1710427007 | 73.26 |
| 07/16 | Federal Express  Debit    Mma33036326    CCD ID: 1710427007 | 73.26 |
| 07/17 | Federal Express  Debit    Mma33046793    CCD ID: 1710427007 | 1,327.13 |
| 07/18 | 07/18 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: ████████████8142 Jadoo Tv Inc Ben:/362111480001 Tcw Services Canada Inc Ref: 7068 7069Business Expenses/Ocmt/Cad2942,40/Exch/1.2783/Cntr/37470165/ Trn: 4594500199Re | 2,301.81 |
| 07/22 | 07/22 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: ████████████8142 Jadoo Tv Inc Ben:/478520020193011 Xumax Inc. Ref: Business Expenses/Ocmt/Cad5720,00/Exch/1.2853/Cntr/69908513/Acc/Accoun T 0193011 Trn: 6823700203Re | 4,450.32 |
| 07/23 | American Express ACH Pmt    A8860        Web ID: 9493560001 | 5,896.06 |
| 07/23 | Citi Autopay    Payment    083021426962044 Tel ID: Citicardap | 5.99 |
| 07/24 | Paypal      Echeck    1006179946935  Web ID: Paypalec88 | 151.60 |
| 07/25 | 07/25 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Bk: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Business Expenses/Time/05:40 Imad: 0725B1Qgc08C002412 Trn: 3191600206Es | 25,500.00 |
| 07/25 | 07/25 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton, CA 945888583 Trn: 3199800206Es | 10,000.00 |
| 07/25 | 07/25 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: ████████████8142 Jadoo Tv Inc Ben:/362111480001 Tcw Services Canada Inc Ref: 7095 7096Business Expenses/Ocmt/Cad2942,40/Exch/1.2901/Cntr/73454388/ Trn: 8369900206Re | 2,280.75 |
| 07/26 | 07/26 Online International Wire Transfer A/C: T. C. Ziraat Bankasi A.S. Ankara Turkey 00000- Ref: Business Expenses Trn: 3659500207Es | 3,500.00 |
| 07/26 | Federal Express  Debit    Mma33118042    CCD ID: 1710427007 | 1,506.76 |
| 07/29 | 07/29 Online Domestic Wire Transfer Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III Dublin CA 94568 US Ref: Jadootv Inc. Payroll Payment. Invoice Number 3528734 Imad: 0729B1Qgc08C001458 Trn: 3136800210Es | 35,278.62 |
| **Total Electronic Withdrawals** | | **$141,059.22** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/03 | Service Charges For The Month of June | $10.00 |
| **Total Fees** | | **$10.00** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|------|-------:|
| 07/01 | $44,606.05 | 07/12 | 143,410.16 | 07/24 | 158,589.56 |
| 07/02 | 172,690.07 | 07/16 | 139,109.65 | 07/25 | 124,768.81 |
| 07/03 | 172,680.07 | 07/17 | 149,782.52 | 07/26 | 119,762.05 |
| 07/05 | 170,219.03 | 07/18 | 144,980.71 | 07/29 | 150,153.18 |
| 07/08 | 158,695.39 | 07/19 | 146,980.71 | 07/30 | 126,601.91 |
| 07/10 | 158,661.88 | 07/22 | 157,643.21 | 07/31 | 126,491.91 |
| 07/11 | 153,842.14 | 07/23 | 158,741.16 | | |





## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 00000000102808280 , 0000000001029 1820, 00000000000002560, 00000000003030, 0000000003006163

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $160.00 |
| **Total Service Charges** | **$160.00** Will be assessed on 8/5/19 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 12 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 47 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $3,960 | $25,000 | $0 | $0.0025 | $0.00 |
| **Electronic Credits** | | | | | |
| International Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 4 | 4 | 0 | $40.00 | $0.00 |
| Online Fx Intl Wire Fee | 7 | 0 | 7 | $5.00 | $35.00 |
| Online Domestic Wire Fee | 5 | 0 | 5 | $25.00 | $125.00 |
| **Subtotal Other Service Charges (Will be assessed on 8/5/19)** | | | | | **$160.00** |

**ACCOUNT** 00000010208280

| | |
|---|---|
| **Other Service Charges:** | |
| **Credits** | |
| Non-Electronic Transactions | 1 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 1 |

**ACCOUNT** 00000010291820

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 4 |

**ACCOUNT** 0000003006163

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 1 |
| International Incoming Wire Fee | 1 |

**ACCOUNT** 00000288458142

| | |
|---|---|
| Electronic Credits | 10 |
| **Credits** | |
| Non-Electronic Transactions | 42 |
| Branch Deposit - Immediate Verification | $3,960 |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 4 |
| Online Fx Intl Wire Fee | 7 |
| Online Domestic Wire Fee | 4 |

Case: 19-41283    Doc# 108    Filed: 08/21/19    Entered: 08/21/19 21:20:31    Page 23 of 29





June 29, 2019 through July 31, 2019

Account Number: ████████████8142



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, of why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283     Doc# 108     Filed: 08/21/19     Entered: 08/21/19 21:20:31     Page 24 of 29



CHASE



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051

Account Number: ██████████**8163**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00029280 DRE 703 141 21319 NNNNNNNNNNN T 1 000000000 64 0000

JADOO TV, INC.
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$811.46** |
| Deposits and Additions | 1 | 1,340.00 |
| **Ending Balance** | **1** | **$2,151.46** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | Book Transfer Credit B/O: Royal Bank of Canada Payment Centertoronto On Canada M5V2Y-1 Org:/002574001533 The Computeronics Ref: Purchase Invoice Payment/Chgs/USD0,/Chgs/USD20,00/Ocmt/USD1360,/ Trn: 7240329197Fs | $1,340.00 |
| **Total Deposits and Additions** | | **$1,340.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/16 | $2,151.46 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051

June 29, 2019 through July 31, 2019

Account Number: 000000102693280



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001941 DRE 703 210 21519 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,876.94** |
| Deposits and Additions | 1 | 35,000.00 |
| Electronic Withdrawals | 1 | -34,873.21 |
| **Ending Balance** | **2** | **$5,003.73** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Online Transfer From Chk ...1820 Transaction#: 8403687796 | $35,000.00 |
| **Total Deposits and Additions** | | **$35,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | 07/12 Online Domestic Wire Transfer Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III Dublin CA 94568 US Ref: Jadootv Inc. Payroll Payment Imad: 0712B1Qgc03C001906 Trn: 3458000193Es | $34,873.21 |
| **Total Electronic Withdrawals** | | **$34,873.21** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/05 | $39,876.94 |
| 07/12 | 5,003.73 |



June 29, 2019 through July 31, 2019

Account Number: ████████████ 8280

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**