

```
Entered on Docket
August 23, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

KELLER & BENVENUTTI LLP
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Thomas B. Rupp (#278041)
(trupp@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 364 6793
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

The following constitutes the order of the Court.
Signed: August 23, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>- and -<br><br>**CLOUDSTREAM MEDIA, INC.,**<br><br>       **Debtors.**<br><br>☐  Affects JadooTV, Inc.<br>☐  Affects CloudStream Media, Inc.<br>☑  Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-41283 (WJL).* | Bankruptcy Case<br>No. 19-41283 (WJL), <u>et</u> <u>seq.</u><br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER CONTINUING MATTERS SCHEDULED TO BE HEARD ON AUGUST 28, 2019**<br><br>[No hearing required] |

Upon the *ex parte* Motion, dated August 22, 2019 (the "Motion"),[1] of JadooTV, Inc. and CloudStream Media, Inc., as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "Local Rules"), for entry of an order continuing the matters currently scheduled to be heard in the above-captioned chapter 11 cases on August 28, 2019, at 10:30 a.m. (Pacific time), to a hearing on September 4, 2019, at 10:30 a.m. (Pacific time); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and upon the Declaration of Jane Kim submitted contemporaneously therewith; and after consideration of Dish Network L.L.C.'s Response in Opposition to the Motion dated August 23, 2019, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The chapter 11 status conference and the hearings on the Stock Repurchase Motion and the Defense Costs Motion (each as defined in the Motion) are continued from August 28, 2019, at 10:30 a.m. (Pacific time) to September 4, 2019, at 10:30 a.m. (Pacific time).

2. The hearing on the Relief from Stay Motion filed by DISH Network L.L.C. is continued from September 4, 2019 at 9:30 a.m. (Pacific time) to September 4, 2019 at 10:30 a.m. (Pacific time).

***END OF ORDER***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

SERVICE LIST

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108