Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
**12/17**

This is the *Periodic Report* as of ⌐07/31/2019⌐ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

CloudStream Media, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Altair Technologies (Private) Limited ) | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Official Form 426          **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**          page **1**

Case: 19-41283   Doc# 127   Filed: 09/09/19   Entered: 09/09/19 17:06:50   Page 1 of 13

Debtor Name: JadooTV, Inc. and CloudStream Media, Inc.
Case number: 19-41283 (WJL) (Jointly Administered)

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _/s/ Sajid Sohail_
Signature of Authorized Individual

Sajid Sohail
Printed name of Authorized Individual

Date 09/03/2019
MM / DD / YYYY

**For individual Debtors:**

X _/s/ Sajid Sohail_
Signature of Debtor 1

SAJID SOHAIL
Printed name of Debtor 1

Date 09/09/2019
MM / DD / YYYY

X _/s/ Sajid Sohail_
Signature of Debtor 2

SAJID SOHAIL
Printed name of Debtor 2

Date 09/09/2019
MM / DD / YYYY

## Exhibit A: Financial Statements for Altair Technologies

**Exhibit A-1: Balance Sheet for Altair Technologies as of** 07/31/2019

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See Exhibit A.

Financial Statements provided by Altair financial staff, and subsequently converted to U.S. Dollars by JadooTV staff.

**Exhibit A-2: Statement of Income (*Loss*) for Altair Technologies for period ending** 07/31/2019

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

   See Exhibit A.

**Exhibit A-3: Statement of Cash Flows for** Altair Technologies **for period ending** 07/31/2019

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See Exhibit A.

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Altair Technologies for period ending 07/31/2019**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

CSM owns 100% of Altair Technologies, and there have been no changes to shareholder equity.

## Exhibit B: Description of Operations for Altair Technologies

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Altair was incorporated in Pakistan as a private company limited on August 11, 2005.

The principal activity of Altair is the development of computer software, information technology related services and business mainly for export market.

Source is from audited financial statements.

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Not Applicable, as Altair Technologies is the only Controlled Non-Debtor Entity.

| Debtor Name | JadooTV, Inc. and CloudStream Media, Inc. | Case number | 19-41283 (WJL) (Jointly Administered) |

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Not Applicable, as Altair Technologies is the only Controlled Non-Debtor Entity.

| Debtor Name | JadooTV, Inc. and CloudStream Media, Inc. | Case number | 19-41283 (WJL) (Jointly Administered) |

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Monthly services are billed to JadooTV for services related to OTT (over-the-top) entertainment service. Any payments from JadooTV to Altair will be reflected in the Monthly Operating Reports of JadooTV.

Information from JadooTV and Altair.

# Altair
## Fiscal 2019

| | 2019 | 2019 | 2019 | 2019 | 2019 | 2019 | 2019 | |
|---|---|---|---|---|---|---|---|---|
| Average rate | 0.00633 | | | 0.0063291 | | | | |
| | 0.00633 | | | | | | | |
| **Income Statement** | January | February | March | April | May | June | July | 2019 |
| Income | 31,917 | 38,561 | 30,915 | 38,174 | 41,801 | 31,284 | 25,813 | 238,466 |
| | | | | | | | | |
| Salaries | 28,598 | 29,195 | 29,135 | 29,060 | 31,867 | 24,974 | 24,331 | 197,159 |
| Development costs | - | - | - | - | - | - | - | - |
| Utilities | 560 | 693 | 546 | 465 | 554 | 551 | 701 | 4,071 |
| Repair and maint | 108 | - | 39 | 84 | 4 | 31 | - | 266 |
| Rent and taxes | 5,896 | - | 5,896 | - | 5,896 | - | 2,948 | 20,637 |
| Legal and professional | - | - | - | - | - | - | - | - |
| Fee and subscription | - | - | - | - | - | - | - | - |
| Travel | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 995 |
| Printing | 1,995 | 20 | 25 | 27 | 63 | 271 | 12 | 2,412 |
| Entertainment | 9 | 5 | - | 41 | - | 4 | 11 | 70 |
| Communication | 383 | 343 | 420 | 504 | 693 | 283 | 338 | 2,964 |
| Depreciation | 635 | 627 | 640 | 637 | 631 | 679 | 687 | 4,535 |
| Insurance | - | 95 | - | - | - | - | - | 95 |
| Office supplies | - | 466 | 14 | 223 | 181 | 69 | - | 952 |
| Financial charges | 58 | 1 | 206 | 108 | - | 47 | 60 | 481 |
| EOBI Payment | 297 | 286 | 344 | 343 | 362 | 381 | 301 | 2,315 |
| Other | 348 | 286 | 344 | 343 | 362 | 381 | 301 | 2,366 |
| | 39,031 | 32,159 | 37,749 | 31,978 | 40,756 | 27,813 | 29,831 | 239,317 |
| Interest | - | - | - | - | - | - | - | - |
| Exchange gain | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 335 |
| | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 335 |
| taxation | - | - | - | - | - | - | - | - |
| | | | | | | | | - |
| Net profit | (7,066) | 6,449 | (6,786) | 6,244 | 1,094 | 3,519 | (3,970) | (516) |

| **Balance Sheet** | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| Fixed assets | 26,260 | 26,260 | 26,260 | 26,260 | 26,260 | 26,260 | 26,260 |
| Due from JadooTV | - | - | - | - | - | - | - |
| Deposits/Prepayments | 6,554 | 6,554 | 6,554 | 6,554 | 6,554 | 6,554 | 6,554 |
| Loan to PTIL | - | - | - | - | - | - | - |
| Cash | - | 7,864 | 6,141 | 7,322 | 8,415 | 11,935 | 7,964 |
| | 32,814 | 40,678 | 38,955 | 40,136 | 41,229 | 44,749 | 40,778 |
| | | | | | | | |
| Capital | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Current year income/loss | (7,066) | (616) | (7,402) | (1,159) | (65) | 3,454 | (516) |
| RE | 9,981 | 9,981 | 9,981 | 9,981 | 9,981 | 9,981 | 9,981 |
| | | | | | | | - |
| Accrued Liabilities | 9,865 | 11,280 | 16,343 | 11,280 | 11,280 | 11,280 | 11,280 |
| Provision for taxes | 20,027 | 20,027 | 20,027 | 20,027 | 20,027 | 20,027 | 20,027 |
| | - | | | | | | |
| | - | - | - | - | - | - | - |
| | 32,814 | 40,678 | 38,955 | 40,136 | 41,229 | 44,749 | 40,778 |
| | (0) | - | - | - | - | - | - |

| **Cash flow Statement** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net income (loss) | (7,066) | 6,449 | (6,786) | 6,244 | 1,094 | 3,519 | (3,970) |
| Change in FA | - | - | - | - | - | - | - |
| Change in Accrued Liabilities | (23,225) | 1,414 | 5,063 | (5,063) | - | - | - |
| | | | | | | | |
| Beginning cash | 2,422 | (27,869) | (20,005) | (21,728) | (20,548) | (19,454) | (15,935) |
| Change in cash | (30,291) | 7,863 | (1,723) | 1,180 | 1,094 | 3,519 | (3,970) |
| Ending Cash | (27,869) | (20,005) | (21,728) | (20,548) | (19,454) | (15,935) | (19,905) |
| | (27,869) | (27,870) | (27,870) | (27,870) | (27,870) | (27,870) | (27,870) |

Altair
Fiscal 2018

| | 2018 January | 2018 February | 2018 March | 2018 April | 2018 May | 2018 June | 2018 July | 2018 August | 2018 September | 2018 October | 2018 November | 2018 December | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average rate | 0.00800 | | | 0.0080000 | | | | | | | | | |
| | 0.00800 | | | | | | | | | | | | |
| Income | 35,372 | 29,843 | 43,118 | 29,175 | 45,951 | 44,334 | 71,866 | 51,439 | 36,920 | 47,855 | 37,271 | 50,221 | 523,366 |
| | | | | | | | | | | | | | |
| Salaries | 33,041 | 33,085 | 34,345 | 32,132 | 32,749 | 32,796 | 74,114 | 37,148 | 36,990 | 36,825 | 35,835 | 35,746 | 454,804 |
| Development costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 608 | 433 | 379 | 445 | 530 | 752 | 906 | 856 | 843 | 689 | 434 | 484 | 7,360 |
| Repair and maint | 96 | 33 | - | 11 | 11 | 215 | 227 | 11 | 11 | 47 | 131 | - | 792 |
| Rent and taxes | - | - | - | 1,160 | - | 8,640 | 3,344 | 3,344 | 6,808 | - | 7,087 | - | 30,383 |
| Legal and professional | 143 | - | - | 440 | - | - | 202 | 122 | - | - | - | 360 | 1,267 |
| Fee and subscription | 280 | 280 | 280 | 280 | - | - | - | - | - | - | - | - | 1,120 |
| Travel | - | - | - | - | 160 | - | - | - | - | - | 200 | 19 | 379 |
| Printing | 17 | 61 | 31 | 43 | 37 | 23 | 24 | 23 | 4,449 | 734 | 28 | 21 | 5,490 |
| Entertainment | 9 | 3 | 30 | 3 | 10 | 7 | 4 | 5 | 17 | 6 | 61 | 5 | 161 |
| Communication | 389 | 423 | 598 | 611 | 529 | 469 | 513 | 373 | 533 | 509 | 550 | 462 | 5,959 |
| Depreciation | 998 | 851 | 789 | 810 | 790 | 905 | 794 | 783 | 796 | 792 | 792 | 804 | 9,906 |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | 480 | 480 |
| Office supplies | - | 290 | 124 | 130 | 69 | 54 | 248 | 3,406 | - | 134 | 235 | - | 4,688 |
| Financial charges | 5 | 68 | 79 | 63 | 126 | - | 24 | 72 | 51 | 52 | - | 45 | 586 |
| EOBI Payment | 381 | 374 | 141 | 392 | 381 | 385 | 381 | 374 | 384 | 384 | 387 | 357 | 4,320 |
| Other | 1,458 | 374 | 141 | 392 | 381 | 385 | 381 | 374 | 384 | 384 | 387 | 357 | 5,397 |
| | 37,426 | 36,276 | 36,936 | 36,913 | 35,774 | 44,630 | 81,161 | 46,890 | 51,265 | 40,556 | 46,126 | 39,140 | 533,094 |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Exchange gain | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 575 |
| | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 575 |
| taxation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| Net profit | (2,006) | (6,385) | 6,230 | (7,691) | 10,225 | (248) | (9,247) | 4,597 | (14,297) | 7,347 | (8,807) | 11,129 | (9,153) |

| Balance Sheet | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed assets | 30,159 | 30,159 | 30,159 | 30,733 | 30,733 | 31,211 | 31,211 | 31,211 | 31,211 | 31,826 | 32,365 | 32,365 |
| Due from JadooTV | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposits/Prepayments | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 | 8,284 |
| Loan to PTIL | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash | 837 | 71 | 1,225 | 1,772 | 1,385 | 1,567 | 1,379 | 2,610 | 1,112 | 1,851 | 2,226 | 2,422 |
| | 39,281 | 38,514 | 39,669 | 40,789 | 40,403 | 41,062 | 40,874 | 42,105 | 40,607 | 41,962 | 42,875 | 43,071 |
| | | | | | | | | | | | | |
| Capital | - | - | - | - | - | - | - | - | - | - | - | - |
| Current year income/loss | (2,006) | (8,391) | (2,161) | (9,852) | 373 | 125 | (9,122) | (4,525) | (18,822) | (11,475) | (20,282) | (9,153) |
| RE | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 | 19,134 |
| | | | | | | | | | - | - | | |
| Accrued Liabilities | 22,152 | 27,772 | 22,696 | 31,507 | 20,896 | 21,803 | 30,862 | 27,496 | 40,295 | 34,303 | 44,023 | 33,090 |
| Provision for taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| - | | | | | | | | | | | | |
| | 39,280 | 38,514 | 39,669 | 40,789 | 40,403 | 41,062 | 40,874 | 42,105 | 40,607 | 41,962 | 42,875 | 43,071 |
| | (0) | - | - | - | - | - | - | - | - | - | - | - |
| | | | - | - | - | - | - | | | | | |

**Cash flow Statement**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | (2,006) | (6,385) | 6,230 | (7,691) | 10,225 | (248) | (9,247) | 4,597 | (14,297) | 7,347 | (8,807) | 11,129 |
| Change in FA | - | - | - | (574) | - | (477) | - | - | - | (616) | (538) | - |
| Change in Accrued Liabilities | (1,255) | 5,619 | (5,076) | 8,811 | (10,612) | 907 | 9,059 | (3,366) | 12,800 | (5,993) | 9,721 | (10,933) |
| | | | | | | | | | | | | |
| Beginning cash | 4,098 | 837 | 71 | 1,225 | 1,772 | 1,385 | 1,567 | 1,379 | 2,610 | 1,112 | 1,851 | 2,226 |
| Change in cash | (3,261) | (767) | 1,154 | 547 | (387) | 182 | (188) | 1,231 | (1,498) | 739 | 375 | 196 |
| Ending Cash | 837 | 71 | 1,225 | 1,772 | 1,385 | 1,567 | 1,379 | 2,610 | 1,112 | 1,851 | 2,226 | 2,422 |
| | 0 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |