**Entered on Docket**
**October 08, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



KELLER & BENVENUTTI LLP
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Thomas B. Rupp (#278041)
(trupp@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

The following constitutes the order of the Court.
Signed: October 8, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **In re:**<br><br>**JADOOTV, INC.,**<br><br>- and -<br><br>**CLOUDSTREAM MEDIA, INC.,**<br><br>**Debtors.** | Case Nos. 19-41283 (WJL)<br>Chapter 11<br>(Jointly Administered)<br><br>Adv. Pro. No. 19-04042 (WJL) |
| **JADOOTV INC.;**<br>**CLOUDSTREAM MEDIA, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISH NETWORK L.L.C.**<br><br>**Defendant.** | **ORDER WITH RESPECT TO RELIEF FROM STAY MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 2, 2019<br>Time: 10:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 220<br>1300 Clay Street<br>Oakland, CA |

Whereas, on August 19, 2019, DISH Network L.L.C. ("DISH") filed *DISH Network L.L.C.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Memorandum of Points and Authorities* [Dkt. No. 102] (the "Relief from Stay Motion"); and, whereas, on August 30, 2019, JadooTV, Inc. ("JadooTV") and CloudStream Media, Inc. ("CSM"), as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and as plaintiffs in the above-captioned adversary proceeding (the "Adversary Proceeding"), filed the *Debtors' Motion for a Preliminary Injunction and Temporary Restraining Order as to DISH Network L.L.C. v. JadooTV, Inc., Case No. 2:18-CV-09768-FMO-KS (C.D. Cal.)* [Dkt. No. 2, Adv. Pro. No. 19-04042] (the "Motion for Preliminary Injunction"); and the Court having held hearings on the Relief from Stay Motion and the Motion for Preliminary Injunction on September 4, September 16, 2019, and October 2, 2019; and good cause appearing,

**Findings of Fact and Conclusions of Law**

A.  This Court has jurisdiction over this adversary proceeding and the Chapter 11 Cases to which it is related, and has jurisdiction to consider the Motion and the relief requested therein, pursuant to 28 U.S.C. §§ 157 and 1334, and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules; and consideration of the Motion and the requested relief are a core proceeding pursuant to 28 U.S.C. § 157(b).

B.  Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C.  This Court is authorized to grant the injunctive and other relief herein under section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Civil Procedure 65 and Rule 65-2 of the Civil Local Rules for the United States District Court for the Northern District of California (the "Civil Local Rules"), as made applicable in these proceedings pursuant to Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules").

**IT IS HEREBY ORDERED THAT:**

1.  The litigation brought by DISH in the United States District Court for the Central District of California under the caption *DISH Network L.L.C. v. JadooTV, Inc.*, Case No. 2:18-CV-

09768-FMO-KS (C.D. Cal.) (the "Copyright Action"), is stayed as against JadooTV, other than such discovery as JadooTV agrees to produce or this Court orders JadooTV to produce, and subject to the condition set forth in paragraph 2 below.

2. The pendency of the stay provided in paragraph 1 above is conditioned upon JadooTV filing a plan of reorganization by no later than December 31, 2019, unless such deadline is modified by further Court order.

3. DISH has agreed to an informal standstill agreement with regard to litigation of the claims against Sajid Sohail ("Sohail") in the Copyright Action, which standstill is conditioned upon JadooTV filing a plan of reorganization by no later than December 31, 2019, unless such deadline is modified by further Court order. Thereafter, on January 8, 2019, at 10:30 a.m. (Pacific time), the Court will hold a status conference with respect to the question of whether the standstill with respect to Sohail should be extended or terminated. The informal standstill agreement shall not prevent DISH from proceeding with its motion for an award of expenses incurred in bringing its motion to compel Sohail's production of documents in the Copyright Action. The Court shall retain jurisdiction over the question of whether the Debtors should pay fees and expenses incurred by the Chan Punzalan firm in opposing DISH's motion for an award of expenses.

4. DISH may proceed with additional non-party discovery in the Copyright Action concerning Defendant Haseeb Shah. DISH will provide JadooTV a copy of such non-party discovery prior to service, and JadooTV shall notify DISH within 48 hours if it objects to the non-party discovery based on a violation of the automatic stay as to JadooTV or the informal standstill agreement as to Sohail. If DISH and JadooTV are unable to resolve the issue, either party may bring it before this Court. DISH shall not serve the non-party discovery in the Copyright Action to which JadooTV has objected prior to the matter being heard before the Court. To the extent JadooTV desires to challenge the relevance of non-party discovery, JadooTV shall raise the issue in the Copyright Action.

5. The Relief From Stay Motion and the Motion for Preliminary Injunction are continued, subject to further Court order. DISH's time to answer the *Debtors' Complaint for Preliminary and Permanent Injunctive Relief as to DISH Network L.L.C. v. JadooTV, Inc., Case No. 2:18-CV-09768-FMO-KS (C.D. Cal.)* [Dkt. No. 1, Adv. Pro. No. 19-04042] is extended indefinitely, subject to further Court order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: October 3, 2019

HAGAN NOLL & BOYLE LLC

/s/ *Christopher P. Craven*
Christopher P. Craven

*Attorneys for DISH Network L.L.C.*

** END OF ORDER **

COURT SERVICE LIST