Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Attorneys for Debtors,
Debtors in Possession and Sajid Sohail*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>- and -<br><br>**CLOUDSTREAM MEDIA, INC.,**<br><br>Debtors.<br><br>☐ Affects JadooTV, Inc.<br>☐ Affects CloudStream Media, Inc.<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-41283 (WJL).* | Bankruptcy Case No. 19-41283 (WJL)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SUPPLEMENTAL MEMORANDUM REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAN PUNZALAN LLP FOR THE PERIOD OF JULY 2, 2019 TO OCTOBER 21, 2019**<br><br>Date: November 13, 2019<br>Time: 10:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 220<br>       1300 Clay Street<br>       Oakland, CA |

As stated in Chan Punzalan LLP's ("CP") First Interim Fee Application [Docket No. 178] ("Fee Application"), CP seeks compensation and reimbursement pursuant the Court's Order Authorizing Retention of Chan Punzalan LLP as Debtors' Litigation Counsel, *Nunc Pro Tunc* to July 1, 2019 [Docket No. 124] (the "Retention Order"). In particular, CP has performed substantial work to protect the interests of the Debtors and Sajid Sohail related to the pending Copyright and Patent Actions, and its fees and expenses are reasonable. CP provides this response to address several matters: 1) to correct a calculation error in the Fee Application, 2) to amend its Fee Application to exclude fees related to the work performed for Sajid Sohail, and 3) to briefly respond to the United States Trustee ("UST") and Dish's objections to CP's Fee Application.

A. **Correction of Error in Fee Application**

CP's Fee Application sought an interim allowance of compensation in a total amount of $53,361.33 for fees. However, upon further review of its Fee Application, the total amount requested should have been stated as $63,869.00. Pages 12 and 13 of the Fee Application [Docket No. 178] list the categories and fee amounts, which fees total $63,869.00, not the amount stated in the initial Fee Application. CP apologizes to the Court for this error.

B. **Amendment of Fee Request**

Additionally, for the reasons explained below, CP amends its request for fees and expenses to exclude fees for work performed for Mr. Sohail, which total $18,207. On November 7, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. § 1112 to Dismiss Chapter 11 Case of CloudStream Media, Inc.* [Docket No. 190], which seeks to dismiss the chapter 11 case of Debtor CloudStream Media, Inc. ("CSM") . Because Mr. Sohail has an indemnification agreement with CSM for payment of his legal fees, Mr. Sohail will seek reimbursement of his defense costs directly from CSM if and when CSM's chapter 11 case is dismissed.

The fees pertaining specifically to Mr. Sohail total $18,207 and are listed on page 13 of the Fee Application [Docket No. 178, Letters I and J]). CP amends its Fee Application to exclude fees for work performed for Mr. Sohail, and CP now only seeks reimbursement for fees performed for

the Debtors. CP reserves its right to seek its fees for work performed for Mr. Sohail in the event that the Court does not grant CSM's motion to dismiss its chapter 11 case.

CP's fees for services performed for the Debtors are listed on page 12 of the Fee Application [Docket No. 178, Letters A to H], in a total amount of $45,662.50. The expenses for work performed on behalf of the Debtors total $711.83.

### C. UST and Dish's Objections to Fee Application

The UST and Dish objected to CP's Fee Application. Notably, both the UST and Dish only object to the fees for services CP performed for Sajid Sohail, not for the services performed for the Debtors. As stated above, CP no longer seeks fees for the services performed for Mr. Sohail, and these objections are thus moot. By amending its Fee Application, CP does not waive any arguments to the UST and Dish's objections and reserves its rights to make these arguments in the future.

### CONCLUSION

Chan Punzalan respectfully requests an interim allowance to Chan Punzalan for compensation in the amount of $45,662.50 and reimbursement of actual and necessary expenses in the amount of $711.83, and an authorization for payment of a total allowance of $46,374.33; and for such other and further relief as this Court deems proper.

Dated: November 11, 2019      CHAN PUNZALAN LLP

*/s/ Mark Punzalan*
Mark Punzalan

*Attorneys for Debtors, Debtors in Possession, and Sajid Sohail*