**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtor and*
*Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-41283 (WJL) |
| | Chapter 11 |
| **JADOOTV, INC.,** | (Lead Case) |
| **Debtor.** | (Jointly Administered) |
| **Tax I.D. No. 35-2363775** | **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that, effective March 1, 2020, the law firm of Keller & Benvenutti LLP changed its name to Keller Benvenutti Kim LLP (the "**Firm**").

    **PLEASE TAKE FURTHER NOTICE** that the email addresses of the Firm's attorneys who have appeared in these cases have been changed as follows:

    Jane Kim, jkim@kbkllp.com

    Thomas B. Rupp, trupp@kbkllp.com

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

**PLEASE TAKE FURTHER NOTICE** that the Firm's address and telephone and facsimile numbers remain unchanged.

Dated: March 2, 2020        **KELLER BENVENUTTI KIM LLP**

By: */s/ Jane Kim*
         Jane Kim