In re:  JadooTV, Inc.

| | |
|---|---|
| **Case No.** | 19-41283 |

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  Mar-20          **PETITION DATE:**  05/31/19

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $917,078 | $899,701 | |
| | b. Total Assets | $937,620 | $920,243 | $938,171 |
| | c. Current Liabilities | $938,685 | $913,126 | |
| | d. Total Liabilities | $938,685 | $913,126 | $781,182 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $256,486 | $169,928 | $2,411,299 |
| | b. Total Disbursements | $236,545 | $201,363 | $2,569,222 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $19,941 | ($31,435) | ($157,923) |
| | d. Cash Balance Beginning of Month | $318,005 | $349,440 | $495,868 |
| | e. Cash Balance End of Month (c + d) | $337,946 | $318,005 | $337,945 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $2,691 | ($10,386) | ($158,054) |
| 5. | **Account Receivables (Pre and Post Petition)** | $564,132 | $566,696 | |
| 6. | **Post-Petition Liabilities** | $213,322 | $192,347 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $213,322 | $192,347 | |

At the end of this reporting month:                                                                                       **No**

8.  Have any payments been made on pre-petition debt, other than payments in the normal
course to secured creditors or lessors? (if yes, attach listing including date of
payment, amount of payment and name of payee)                          xxx

9.  Have any payments been made to professionals?  (if yes, attach listing including date of
payment, amount of payment and name of payee)                          xxx

10. If the answer is yes to 8 or 9, were all such payments approved by the court?

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,
attach listing including date of payment, amount and reason for payment, and name of payee)   xxx

12. Is the estate insured for replacement cost of assets and for general liability?    xxx

13. Are a plan and disclosure statement on file?                                       xxx

14. Was there any post-petition borrowing during this reporting period?                              xxx

15. Check if paid: Post-petition taxes  __X__ ;        U.S. Trustee Quarterly Fees  __X__ ;  Check if filing is current for: Post-petition
tax reporting and tax returns:  _____ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry I
believe these documents are correct.

Date:  4-20-20                                          _Sahsi_ (signature)

Responsible Individual

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 03/31/20 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | | **Revenues:** | | |
| $259,030 | $255,000 | $4,030 | 1 | Gross Sales | $2,517,790 | $265,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $259,030 | $255,000 | $4,030 | 3 | Net Sales | $2,517,790 | $265,000 |
| $95,789 | $90,000 | ($5,789) | 4 | less: Cost of Goods Sold (Schedule 'B') | $1,088,983 | $90,000 |
| $163,241 | $165,000 | ($1,759) | 5 | Gross Profit | $1,428,807 | $175,000 |
| $0 | $24 | ($24) | 6 | Interest | $80 | $24 |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $163,241 | $165,024 | ($1,783) | 10 | **Total Revenues** | $1,428,887 | $175,024 |
| | | | | **Expenses:** | | |
| $46,250 | $48,000 | $1,750 | 11 | Compensation to Owner(s)/Officer(s) | $462,035 | $48,000 |
| $7,022 | $8,000 | $978 | 12 | Salaries | $185,996 | $8,000 |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $12,210 | $12,000 | ($210) | 15 | Personal Property | $115,807 | $0 |
| | | $0 | 16 | Real Property | $0 | |
| | | $0 | 17 | Insurance | $0 | |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $33,470 | $25,000 | ($8,470) | 23 | Other Selling | $312,669 | $25,000 |
| $6,598 | $5,000 | ($1,598) | 24 | Other Administrative | $85,476 | $5,000 |
| | | $0 | 25 | Interest | $0 | |
| $0 | $50,000 | $50,000 | 26 | Other Expenses: Professional fees | $50,000 | $50,000 |
| $0 | | $0 | 27 | | $0 | |
| $0 | $0 | $0 | 28 | | $0 | $0 |
| $55,000 | $10,000 | ($45,000) | 29 | Bankruptcy legal fees and other legal fees | $375,152 | $45,000 |
| $0 | | $0 | 30 | | ($194) | |
| | | $0 | 31 | | $0 | |
| | | $0 | 32 | | $0 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $160,550 | $158,000 | ($2,550) | 35 | **Total Expenses** | $1,586,941 | $181,000 |
| $2,691 | $7,024 | ($4,333) | 36 | **Subtotal** | ($158,054) | ($5,976) |
| | | | | **Reorganization Items:** | | |
| $0 | | $0 | 37 | Professional Fees | $0 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | |
| | | | | Resulting Chp 11 Case | $0 | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| $0 | | $0 | 41 | U.S. Trustee Quarterly Fees | $0 | |
| | | $0 | 42 | | $0 | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $2,691 | $7,024 | ($4,333) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($158,054) | ($5,976) |
| $0 | | $0 | 45 | Federal & State Income Taxes | | |
| $2,691 | $7,024 | ($4,333) | 46 | **Net Profit (Loss)** | ($158,054) | ($5,976) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended ___03/31/20___

**Assets**

| | | From Schedules | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $337,946 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $564,132 |
| 4 | Inventory | B | $15,000 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $917,078 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | Rent deposit | | $20,542 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $20,542 |
| 29 | **Total Assets** | $917,078 | $937,620 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 3 of
28

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $938,685 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $938,685 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $938,685 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $938,685 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($6,653,850) |
| 53 | Capital Stock | $200 |
| 54 | Additional paid-in capital | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | ($158,054) |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($1,065) |
| 60 | **Total Liabilities and Equity (Deficit)** | $937,620 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $564,132 | $213,322 | |
| 31-60 Days | | | |
| 61-90 Days | | | $213,322 |
| 91+ Days | | | |
| Total accounts receivable/payable | $564,132 | $213,322 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $564,132 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | | Cost of Goods Sold | |
|---|---|---|---|---|
| | | | Inventory Beginning of Month | 0 |
| | | | Add - | |
| Retail/Restaurants - | | | Net purchase | $0 |
| Product for resale | | | Direct labor | $0 |
| | | | Manufacturing overhead | $0 |
| Distribution - | | | Freight in | $0 |
| Products for resale | $0 | | Other: | $90,995 |
| | | | Freight, cdn, customer service, cdn | |
| Manufacturer - | | | | |
| Raw Materials | $0 | | | |
| Work-in-progress | $15,000 | | Less - | |
| Finished goods | $0 | | Inventory End of Month | $0 |
| | | | Shrinkage | $0 |
| Other - Explain | | | Personal Use | $0 |
| | | | | |
| | | | Cost of Goods Sold | $90,995 |
| TOTAL | $15,000 | | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____  No  xxx

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

| Valuation methods - | | |
|---|---|---|
| FIFO cost | ___ | 15000 |
| LIFO cost | ___ | |
| Lower of cost or market | ___ | |
| Retail method | ___ | |
| Other | ___ | |
| Explain | | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Office Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| Vehicles - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $309,442 | $6,898 | $20,204 | $1,402 |
| Total Funds on Hand for all Accounts | $337,946 | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended   03/31/20

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $256,486 | $2,411,219 |
| 3 | Interest Received | $0 | $80 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | $0 |
| 8 | | | $0 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $256,486 | $2,411,299 |
| **Cash Disbursements** | | | $0 |
| 13 | Payments for Inventory | $0 | $15,000 |
| 14 | Selling | $33,470 | $312,293 |
| 15 | Administrative | $6,598 | $85,476 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | $0 |
| 19 | Personal Property | $12,210 | $115,807 |
| 20 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 | Salaries | $46,250 | $551,990 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $7,022 | $151,568 |
| 27 | Management Fees | $0 | ($1,232,134) |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes | $0 | $0 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | $0 |
| 33 | Vendors related to product delivery and performance | $61,495 | ($1,232,134) |
| 34 | Legal fees | $40,000 | |
| 35 | Research and development costs | $29,500 | $298,000 |
| 36 | Tax return preparation fees | $0 | $43,443 |
| 37 | Trustee fees Other expenses | $0 | $17,374 |
| 38 | **Total Cash Disbursements:** | $236,545 | $2,569,222 |
| 39 | **Net Increase (Decrease) in Cash** | $19,941 | ($157,923) |
| 40 | **Cash Balance, Beginning of Period** | $318,005 | $495,868 |
| 41 | **Cash Balance, End of Period** | $337,946 | $337,945 |

Case: 19-41283   Doc# 251   Filed: 04/20/20   Entered: 04/20/20 20:54:14   Page 8 of
28

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended     03/31/20

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $256,486 | $2,411,219 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $80 |
| 4 | Cash Paid to Suppliers | $90,995 | $1,062,173 |
| 5 | Cash Paid for Selling Expenses | $33,470 | $312,293 |
| 6 | Cash Paid for Administrative Expenses | $6,598 | $85,476 |
| | Cash Paid for Rents/Leases: | | $0 |
| 7 | Personal Property | $12,210 | $115,807 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $7,022 | $151,568 |
| | Cash Paid to Owner(s)/Officer(s) | | $0 |
| 11 | Salaries | $46,250 | $551,990 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | $0 |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | $0 |
| 21 | | | $0 |
| 22 | Tax return preparation fees | $0 | $43,443 |
| 23 | Approved Bankruptcy Attorney fees | $40,000 | $214,098 |
| 24 | Inventory purchase | $0 | $15,000 |
| 25 | | | $0 |
| 26 | | | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $19,941 | ($140,549) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $5,200 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $12,173 |
| 31 | | | $0 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($17,373) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $19,941 | ($157,922) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | $0 |
| 36 | | | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $0 |
| 40 | Capital Contributions | | $0 |
| 41 | Principal Payments | | $0 |
| 42 | | | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $19,941 | ($157,922) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 318,005 | $495,868 |
| 46 | **Cash and Cash Equivalents at End of Month** | $337,946 | $337,946 |

Case: 19-41283     Doc# 251     Filed: 04/20/20     Entered: 04/20/20 20:54:14     Page 9 of 28

Revised 1/1/98



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 29, 2020 through March 31, 2020

Account Number: ████████ **1820**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002636 DRE 703 210 09420 NNNNNNNNNNN 1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

---

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$500.00** |
| Deposits and Additions | 3 | 161,540.09 |
| Electronic Withdrawals | 1 | -162,040.09 |
| **Ending Balance** | **4** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/06 | Deposit 1852182758 | | | $500.00 |
| 03/06 | Rhythmonellc Payment 12279 | CCD ID: 7208883948 | | 8,477.09 |
| 03/09 | Vidillion, Inc. Deposit Dp74031081 | CCD ID: Bizedp | | 152,563.00 |
| **Total Deposits and Additions** | | | | **$161,540.09** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | 03/12 Online Transfer To Chk ...8142 Transaction#: 9293912823 | $162,040.09 |
| **Total Electronic Withdrawals** | | **$162,040.09** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/06 | $9,477.09 |
| 03/09 | 162,040.09 |
| 03/13 | 0.00 |

Case: 19-41283  Doc# 251  Filed: 04/20/20  Entered: 04/20/20 20:54:14  Page 10 of 28



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 11 of 28



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051

February 29, 2020 through March 31, 2020

Account Number: ████████ 2560

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002637 DRE 703 210 09420 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 12 of
28



This Page Intentionally Left Blank

Case: 19-41283   Doc# 251   Filed: 04/20/20   Entered: 04/20/20 20:54:14   Page 13 of 28



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 29, 2020 through March 31, 2020
Account Number: ████ **8163**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00024262 DRE 703 141 09220 NNNNNNNNNNN T 1 000000000 64 0000

JADOO TV, INC.
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,529.00** |
| Electronic Withdrawals | 2 | -3,702.74 |
| **Ending Balance** | **2** | **$826.26** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | 03/13 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████ 8163 Jadoo Tv, Inc. Ben:/5266747 Roya Mahmoodzadeh Khalkhail Ref: Business Expenses/Ocmt/Cad2500,00/Exch/1.3503/Cntr/47539650/ Trn: 1780500073Re | $1,851.44 |
| 03/13 | 03/13 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████ 8163 Jadoo Tv, Inc. Ben:/1014786 1970568 Ontario Inc Ref: Business Expenses/Ocmt/Cad2500,00/Exch/1.3504/Cntr/47029400/ Trn: 1780600073Re | 1,851.30 |
| | **Total Electronic Withdrawals** | **$3,702.74** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/13 | $826.26 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

  **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 15 of 28



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 29, 2020 through March 31, 2020
Account Number: ▮▮▮▮ **3030**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002638 DRE 703 210 09420 NNNNNNNNNNN   1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 16 of 28


This Page Intentionally Left Blank

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 29, 2020 through March 31, 2020

Account Number: ███████ 8142



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00024377 DRE 703 210 09420 NNNNNNNNNNN   1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

---

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$242,656.90** |
| Deposits and Additions | 10 | 267,489.37 |
| Checks Paid | 4 | -19,321.00 |
| Electronic Withdrawals | 15 | -180,994.73 |
| Fees | 1 | -65.00 |
| **Ending Balance** | **30** | **$309,765.54** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Bluesnap Inc. ██2921   36940      CCD ID: 1450479415 | $10,164.65 |
| 03/04 | Paypal, Inc.    EDI Pymnts Doc0020008068      ID: 6770510487 | 25,291.00 |
| 03/09 | Bluesnap Inc. ██2921   403161      CCD ID: 1450479415 | 9,850.53 |
| 03/13 | Online Transfer From Chk ...1820 Transaction#: 9293912823 | 162,040.09 |
| 03/16 | Bluesnap Inc. ██2921   409193      CCD ID: 1450479415 | 8,244.88 |
| 03/16 | Paypal      Transfer          PPD ID: Paypalsd11 | 4,175.63 |
| 03/23 | Bluesnap Inc. ██2921   414425      CCD ID: 1450479415 | 12,157.63 |
| 03/26 | Paypal, Inc.    EDI Pymnts Doc0020010671      ID: 6770510487 | 21,728.30 |
| 03/30 | Bluesnap Inc. ██2921   418701      CCD ID: 1450479415 | 9,302.14 |
| 03/30 | Paypal      Transfer          PPD ID: Paypalsd11 | 4,534.52 |
| **Total Deposits and Additions** | | **$267,489.37** |

Case: 19-41283   Doc# 251   Filed: 04/20/20   Entered: 04/20/20 20:54:14   Page 18 of 28



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5039 ^ | | 03/02 | $1,179.62 |
| 5044 * ^ | | 03/03 | 12,210.45 |
| 5046 * ^ | | 03/13 | 2,500.00 |
| 5047 ^ | | 03/20 | 3,430.93 |
| **Total Checks Paid** | | | **$19,321.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | 03/02 Online International Wire Transfer A/C: T. C. Ziraat Bankasi A.S. Ankara Turkey 00000- Tr Ref: Business Expenses Trn: 6760100062Es | $4,400.00 |
| 03/02 | 03/02 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████ 8142 Jadoo Tv Inc Ben:/478520020193011 Xumax Inc. Ref: Business Expenses/Ocmt/Cad3017,00/Exch/1.2939/Cntr/78183703/Acc/Accoun T 0193011 Trn: 5182200062Re | 2,331.71 |
| 03/11 | 03/11 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet San Leandro CA 94577 Ref:/Acc/Obi: Trinet Request Imad: 0311B1Qgc08C005507 Trn: 0350209071Fg | 26,453.84 |
| 03/13 | 03/13 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████ 8142 Jadoo Tv Inc Ben:/478520020193011 Xumax Inc. Ref: Business Expenses/Ocmt/Cad5720,00/Exch/1.3511/Cntr/36412311/Acc/Accoun T 0193011 Trn: 2601800073Re | 4,233.59 |
| 03/13 | 03/13 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton CA 94588-8583 US Trn: 4052500073Es | 10,000.00 |
| 03/17 | 03/17 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Ben: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Business Expenses/Time/12:39 Imad: 0317B1Qgc03C008510 Trn: 4844020077Es | 30,000.00 |
| 03/17 | 03/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Keller And Benvenutti San Francisco CA 94108 US Ref:/Time/12:41 Imad: 0317B1Qgc05C007955 Trn: 4859520077Es | 40,000.00 |
| 03/23 | American Express ACH Pmt    A4024    Web ID: 9493560001 | 19,107.37 |
| 03/23 | Citi Autopay    Payment    080069139120522 Tel ID: Citicardap | 242.92 |
| 03/27 | 03/27 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet San Leandro CA 94577 Ref:/Acc/Obi: Trinet Request Imad: 0327B1Qgc01C006899 Trn: 0622109087Fg | 26,818.52 |
| 03/30 | 03/30 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████ 8142 Jadoo Tv Inc Ben:/1014786 1970568 Ontario Inc Ref: Business Expenses/Ocmt/Cad2500,00/Exch/1.3570/Cntr/17334858/ Trn: 9381100090Re | 1,842.30 |
| 03/30 | 03/30 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████ 8142 Jadoo Tv Inc Ben:/478520020193011 Xumax Inc. Ref: Business Expenses/Ocmt/Cad5720,00/Exch/1.3570/Cntr/68968336/Acc/Accoun T 0193011 Trn: 9381200090Re | 4,215.18 |
| 03/30 | 03/30 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████ 8142 Jadoo Tv Inc Ben:/5266747 Roya Mahmoodzadeh Khalkhail Ref: Business Expenses/Ocmt/Cad2500,00/Exch/1.3570/Cntr/25941803/ Trn: 3401000090Re | 1,842.30 |
| 03/30 | 03/30 Online International Wire Transfer A/C: T. C. Ziraat Bankasi A.S. Ankara Turkey 00000- Tr Ref: Business Expenses Trn: 3893520090Es | 4,400.00 |
| 03/31 | 03/31 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 0331B1Qgc03C001279 Trn: 3327120091Es | 5,107.00 |
| **Total Electronic Withdrawals** | | **$180,994.73** |



## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/04 | Service Charges For The Month of February | $65.00 |
| **Total Fees** | | **$65.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/02 | $244,910.22 | 03/13 | 386,628.96 | 03/26 | 340,154.18 |
| 03/03 | 232,699.77 | 03/16 | 399,049.47 | 03/27 | 313,335.66 |
| 03/04 | 257,925.77 | 03/17 | 329,049.47 | 03/30 | 314,872.54 |
| 03/09 | 267,776.30 | 03/20 | 325,618.54 | 03/31 | 309,765.54 |
| 03/11 | 241,322.46 | 03/23 | 318,425.88 | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ███████ 8280 , ███████ 1820, ███████ 2560, ███████ 3030, ███████ 8163

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $145.00 |
| **Total Service Charges** | **$145.00** Will be assessed on 4/3/20 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 11 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 23 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | 1 | 1 | $35.00 | $35.00 |
| Online US Dollar Intl Wire Fee | 3 | 3 | 0 | $40.00 | $0.00 |
| Online Fx Intl Wire Fee | 7 | 0 | 7 | $5.00 | $35.00 |
| Online Domestic Wire Fee | 3 | 0 | 3 | $25.00 | $75.00 |
| **Subtotal Other Service Charges(Will be assessed on 4/3/20)** | | | | | **$145.00** |

**ACCOUNT** ███████ 1820

| | VOLUME | | | | |
|---|--------|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |

**ACCOUNT** ███████ 8163

| | VOLUME | | | | |
|---|--------|---|---|---|---|
| Non-Electronic Transactions | 2 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee | 2 | | | | |

**ACCOUNT** ███████ 8142

**Electronic Credits**

Case: 19-41283   Doc# 251   Filed: 04/20/20   Entered: 04/20/20 20:54:14   Page 20 of 28





## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Electronic Credits | 9 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 19 | | | | |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | | | | |
| Online US Dollar Intl Wire Fee | 3 | | | | |
| Online Fx Intl Wire Fee | 5 | | | | |
| Online Domestic Wire Fee | 3 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 21 of 28



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218- 2051

February 29, 2020 through March 31, 2020

Account Number: ████████ 8280

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00002633 DRE 703 210 09420 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
5880 W LAS POSITAS BLVD
STE 37
PLEASANTON CA 94588-8552

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283     Doc# 251     Filed: 04/20/20     Entered: 04/20/20 20:54:14     Page 22 of 28



This Page Intentionally Left Blank

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051



---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00005137 DRE 703 210 09420 NNNNNNNNNNN  1 000000000 D2 0000

PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588-8583

---

## CHECKING SUMMARY      Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$841.09** |
| Deposits and Additions | 1 | 10,000.00 |
| Electronic Withdrawals | 1 | -10,000.00 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **3** | **$746.09** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8552 US Trn: 4052500073Es | $10,000.00 |
| **Total Deposits and Additions** | | **$10,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | 03/16 Online International Wire Transfer Via: Deutsche Bank Trust Company America/0103 A/C: Societe Generale Expressbank Varna 9000, Bulgaria Ben: Neterra Ltd. Sofia 1784 Bg Ref: Business Expenses Ssn: 0194758 Trn: 3127820076Es | $10,000.00 |
| **Total Electronic Withdrawals** | | **$10,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | Service Charges For The Month of February | $95.00 |
| **Total Fees** | | **$95.00** |



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/04 | $746.09 |
| 03/13 | 10,746.09 |
| 03/16 | 746.09 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 4/3/20 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | 4 | 0 | $40.00 | $0.00 |
| **Subtotal Other Service Charges(Will be assessed on 4/3/20)** | | | | | **$95.00** |

| ACCOUNT █████████ 5270 | | |
|---|---|---|
| **Monthly Service Fee** | | |
| Monthly Service Fee | 1 | |
| **Other Service Charges:** | | |
| **Electronic Credits** | | |
| Electronic Credits | 1 | |
| **Credits** | | |
| Non-Electronic Transactions | 1 | |
| **Miscellaneous Fees** | | |
| Online US Dollar Intl Wire Fee | 1 | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 25 of 28


Merchant Account ID: ████████TW5U | PayPal Account: sadia@jadootv.com

## Jadoo TV

PayPal Account: sadia@jadootv.com
5880 W. Las Positas Blvd, Suite #37, Pleasanton, CA 94588

(Amounts in USD)

| Balance | Beginning | Ending |
|---|---|---|
| Total balance | 5,794.40 | 6,898.06 |
| Available balance | 5,794.40 | 6,898.06 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
|---|---|---|
| **Sales activity** | -- | **7,215.79** |
| Payments received | 0.00 | 7,944.79 |
| Disbursements received | 0.00 | 0.00 |
| Refunds sent | -729.00 | 0.00 |
| **Fees** | **-295.13** | -- |
| Payment fees | -265.13 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Account fees invoice | -30.00 | 0.00 |
| Other fees | 0.00 | 0.00 |
| **Dispute activity** | **0.00** | -- |
| Chargebacks & disputes | 0.00 | 0.00 |
| Dispute reimbursements | 0.00 | 0.00 |
| **Transfers & withdrawals** | **-936.59** | -- |
| Currency Transfers | -936.59 | 8,710.15 |
| Transfers to PayPal account | 0.00 | 0.00 |
| Transfers from PayPal account | -8,710.15 | 0.00 |
| **Purchase activity** | **-4,880.41** | -- |
| Online payments sent | -4,880.41 | 0.00 |
| Refunds received | 0.00 | 0.00 |
| Debit card purchases | 0.00 | 0.00 |

Case: 19-41283    Doc# 251    Filed: 04/20/20    Entered: 04/20/20 20:54:14    Page 26 of 28



Merchant Account ID: ████████TW5U | PayPal Account: sadia@jadootv.com

| Activity | Debit | Credit |
|---|---|---|
| Debit card returns | 0.00 | 0.00 |
| **Reserves & releases** | **0.00** | -- |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| Blocked payments | 0.00 | 0.00 |
| **Other activity** | -- | **0.00** |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 0.00 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -2,771.54 | 2,771.54 |

Note: This is not an actual bill.

Account Balance

Report parameters:
Merchant Id: █2921

| Currency | Total of Gross Amount | Total of Commission Amount | Affiliates Amount | Total of Net Amount | Total of Paid by 3rd Party | Total of Payout Adjustment Amount | Account Balance | Refund Reserve Amount | BlueSnap Reserve Amount |
|---|---|---|---|---|---|---|---|---|---|
| USD | 23,227.37 | -2,095.63 | 0 | 20,204.09 | 0 | -163.15 | 19,998.44 | 0 | 15,835.00 |