BUCHALTER, A Professional Corporation
VALERIE BANTNER PEO (SBN: 260430)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Creditor
JPMORGAN CHASE BANK N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JADOOTV, INC.<br><br>Debtor. | Bankruptcy Case No. 19-41283 (WJL)<br><br>Chapter 11<br><br>R.S. No. BN-001<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date: July 22, 2020<br>Time: 10:30 a.m.<br>Ctrm: TELEPHONIC<br>Room 220<br>1300 Clay Street<br>Oakland, CA 94612 |

Creditor JPMorgan Chase Bank, N.A. ("**JPMC**") and debtor JadooTV, Inc. ("**Debtor**"), through their undersigned counsel, submit the following *Joint Status Conference Statement*.

JPMC and Debtor have met and conferred regarding the *Motion of Debtor for an Order Authorizing Incurrence of Unsecured Debt in the Form of Paycheck Protection Program Loan Pursuant to 11 U.S.C. §§ 364(b) and 105(a) Nunc Pro Tunc to April 7, 2020* [Dkt. No. 271] (the "**PPP Motion**") and JPMC's anticipated motion for relief from the automatic stay to effectuate setoff (the "**Stay Relief Motion**").

BUCHALTER
A Professional Corporation
San Francisco

1
JOINT STATUS CONFERENCE STATEMENT
BN 41321089v1

Case: 19-41283    Doc# 289    Filed: 07/21/20    Entered: 07/21/20 15:52:55    Page 1 of 2

The parties are actively discussing a consensual resolution of both the Stay Relief Motion and the PPP Motion.

Pending such a consensual resolution, the parties have agreed to the following briefing schedule:

- July 29, 2020 – JPMC to file the Stay Relief Motion;
- August 12, 2020 – Debtor to file its response to the Stay Relief Motion and any counter-motion, including resubmission of the PPP Motion (the "**Counter-Motion**");
- August 26, 2020 – JPMC to file its reply in support of the Stay Relief Motion and any response to the Counter-Motion;
- August 31, 2020 – Debtor to file its reply in support of the Counter-Motion; and
- September 2, 2020 at 10:30 a.m. – hearing on the Stay Relief Motion and the Counter-Motion.

JPMC and the Debtor are prepared to discuss this schedule and related issues with the Court at the Status Conference.

DATED: July 21, 2020

BUCHALTER
A Professional Corporation

By: */s/ Valerie Bantner Peo*
VALERIE BANTNER PEO
Attorneys for Creditor
JPMorgan Chase Bank, N.A.

DATED: July 21, 2020

KELLER BENVENUTTI KIM LLP

By: */s/ Jane Kim*
JANE KIM
Attorneys for Debtor
JadooTV, Inc.