BUCHALTER, A Professional Corporation
VALERIE BANTNER PEO (SBN: 260430)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Creditor
JPMORGAN CHASE BANK N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JADOOTV, INC.<br><br>           Debtor. | Bankruptcy Case No. 19-41283 (WJL)<br><br>Chapter 11<br><br>R.S. No. BN-001<br><br>**SECOND JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:    July 29, 2020<br>Time:   10:30 a.m.<br>Ctrm:   TELEPHONIC<br>            Room 220<br>            1300 Clay Street<br>            Oakland, CA 94612 |

       Creditor JPMorgan Chase Bank, N.A. ("**JPMC**") and debtor JadooTV, Inc. ("**Debtor**"), through their undersigned counsel, submit the following *Second Joint Status Conference Statement*.

       JPMC and Debtor have reached a settlement in principle regarding the *Motion of Debtor for an Order Authorizing Incurrence of Unsecured Debt in the Form of Paycheck Protection Program Loan Pursuant to 11 U.S.C. §§ 364(b) and 105(a) Nunc Pro Tunc to April 7, 2020* [Dkt. No. 271] (the "**PPP Motion**") and JPMC's anticipated motion for relief from the automatic stay.

The parties are finalizing the terms of a stipulation to memorialize their agreement (the "**Stipulation**"), whereby the Debtor will stipulate to relief from stay to permit JPMC to exercise its remedies with respect to the PPP loan made to the Debtor and the Debtor's deposit account with JPMC, including offsetting the deposit account to the extent described in the Stipulation.

The parties will seek the Court's guidance at the July 29, 2020 Status Conference regarding whether the Stipulation must be approved by way of noticed motion, or if the parties may submit the Stipulation and proposed form of order to the Court without such notice.

JPMC and the Debtor are prepared to discuss these issues with the Court at the Status Conference.

DATED: July 28, 2020

BUCHALTER
A Professional Corporation

By: /s/ *Valerie Bantner Peo*
VALERIE BANTNER PEO
Attorneys for Creditor
JPMorgan Chase Bank, N.A.

DATED: July 28, 2020

KELLER BENVENUTTI KIM LLP

By: /s/ *Jane Kim*
JANE KIM
Attorneys for Debtor
JadooTV, Inc.