BUCHALTER, A Professional Corporation
VALERIE BANTNER PEO (SBN: 260430)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Creditor
JPMORGAN CHASE BANK N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-41283 (WJL) |
| JADOOTV, INC. | Chapter 11 |
| Debtor. | R.S. No. BN-001 |
| | **JOINT STATEMENT REGARDING MOTION TO APPROVE STIPULATION FOR RELIEF FROM STAY** |
| | Date: September 9, 2020<br>Time: 10:30 a.m.<br>Ctrm: TELEPHONIC<br>Room 220<br>1300 Clay Street<br>Oakland, CA 94612 |

Creditor JPMorgan Chase Bank, N.A. ("**JPMC**") and debtor JadooTV, Inc. ("**Debtor**"), through their undersigned counsel, submit the following *Joint Statement Regarding Motion to Approve Stipulation for Relief From Stay* ("**Joint Statement**").

On August 11, 2020, JPMC and Debtor, through their respective counsel, entered into the *Stipulation for Relief from the Automatic Stay*. Also on August 11, 2020, JPMC filed the *Motion to Approve Stipulation for Relief from the Automatic Stay* [Dkt. No. 298] (the "**Motion**"). A hearing on the Motion is scheduled for September 9, 2020 at 10:30 a.m.; any opposition was due

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

by August 26, 2020. *See Notice of Motion to Approve Stipulation for Relief from the Automatic Stay* [Dkt. No. 299].

On August 26, 2020, the U.S. Small Business Administration ("**SBA**") filed the *U.S. Small Business Administration's Statement of Non-Opposition to Motion to Approve Stipulation for Relief From the Automatic Stay* [Dkt. No. 304]. As of the date of this Joint Statement, no other response has been filed to the Motion. JPMC and the Debtor have not received any informal opposition to the Motion.

In response to comments from the SBA, JPMC made one clarifying change to the proposed order approving the Motion, which change has been approved by counsel to the Debtors and is reflected in the redlined proposed order attached hereto as **Exhibit A**.

DATED: September 1, 2020                BUCHALTER
                                        A Professional Corporation


                                        By:   */s/ Valerie Bantner Peo*
                                        VALERIE BANTNER PEO
                                        Attorneys for Creditor
                                        JPMorgan Chase Bank, N.A.


DATED: September 1, 2020                KELLER BENVENUTTI KIM LLP


                                        By:   */s/ Jane Kim*
                                        JANE KIM
                                        Attorneys for Debtor
                                        JadooTV, Inc.

# EXHIBIT A

BUCHALTER, A Professional Corporation
VALERIE BANTNER PEO (SBN: 260430)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Creditor
JPMORGAN CHASE BANK N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-41283 (WJL) |
| JADOOTV, INC. | Chapter 11 |
| Debtor. | R.S. No. BN-001 |

**ORDER LIFTING THE AUTOMATIC STAY AND GRANTING RELATED RELIEF**

Date:    September 9, 2020
Time:    10:30 a.m.
Ctrm:    TELEPHONIC
          Room 220
          1300 Clay Street
          Oakland, CA 94612

A hearing was held at the above-captioned date and time on the *Motion to Approve Stipulation for Relief from the Automatic Stay* ("**Motion**") filed by JPMorgan Chase Bank, N.A. ("**JPMC**") and the *Stipulation For Relief From The Automatic Stay* ("**Stipulation**") between JPMC and JadooTV, Inc. ("**Debtor**"), attached as Exhibit 1 to the Motion. Appearances were stated on the record.

The Court, having considered the Motion, finds that the Court has jurisdiction over the parties and the subject matter, and further finds that notice was appropriate under the

circumstances, and other good cause appearing, hereby

ORDERS, as follows:

1. The Motion is granted;

2. The Stipulation is approved;

3. The PPP Motion is denied as moot;

4. Relief from the automatic stay under 11 U.S.C. § 362(a) is granted to allow JPMC to exercise all of its rights and remedies under the Account Agreement,[1] the PPP Note and applicable law, including the right of offset, to the extent of the Default Amount;

5. The fourteen day stay of prescribed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived; and

6. This Order shall ~~be~~ remain binding and effective upon any conversion of this case to another chapter under the Bankruptcy Code.

** END OF ORDER **

APPROVED AS TO FORM:

DATED: September 1~~August 11~~, 2020          **KELLER BENVENUTTI KIM, LLP**

By: /s/ Jane Kim
        JANE KIM
        Attorneys for Debtor JadooTV, Inc.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them by the Stipulation.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO