# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: JadooTV, Inc.

**Case No.** 19-41283

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Oct-20          **PETITION DATE:** 05/31/19

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in __$1__

| 2. | Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| | a. Current Assets | $909,602 | $718,005 | |
| | b. Total Assets | $909,602 | $718,005 | $938,171 |
| | c. Current Liabilities | $853,439 | $873,726 | |
| | d. Total Liabilities | $853,439 | $873,726 | $781,182 |

| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| | a. Total Receipts | $178,901 | $133,616 | $3,801,002 |
| | b. Total Disbursements | $212,007 | $187,394 | $4,088,939 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($33,106) | ($53,778) | ($287,937) |
| | d. Cash Balance Beginning of Month | $241,038 | $241,038 | $495,868 |
| | e. Cash Balance End of Month (c + d) | $207,932 | $187,260 | $207,931 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $158,106 | $177,357 | ($100,826) |
| 5. | Account Receivables (Pre and Post Petition) | $701,670 | $530,745 | |
| 6. | Post-Petition Liabilities | $128,985 | $149,854 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $128,985 | $149,854 | |

At the end of this reporting month:

| | | | | No |
|---|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | | xxx |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment and name of payee) | | | xxx |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | xxx | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | xxx | | |
| 13. | Are a plan and disclosure statement on file? | xxx | | |
| 14. | Was there any post-petition borrowing during this reporting period? | | | xxx |

15. Check if paid: Post-petition taxes __X__ ;          U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11/23/20

_____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 10/31/20 _____

| | Current Month | | | Revenues: | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| $341,167 | $350,000 | ($8,833) | 1 | Gross Sales | $4,016,480 | $350,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | | $0 |
| $341,167 | $350,000 | ($8,833) | 3 | Net Sales | $4,016,480 | $350,000 |
| $108,404 | $140,000 | $31,596 | 4 | less: Cost of Goods Sold (Schedule 'B') | $1,856,329 | $120,000 |
| $232,763 | $210,000 | $22,763 | 5 | Gross Profit | $2,160,151 | $230,000 |
| $0 | $0 | $0 | 6 | Interest | $80 | $0 |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $232,763 | $210,000 | $22,763 | 10 | **Total Revenues** | $2,160,231 | $230,000 |
| | | | | **Expenses:** | | |
| $52,280 | $36,000 | ($16,280) | 11 | Compensation to Owner(s)/Officer(s) | $777,446 | $36,000 |
| $0 | $18,000 | $18,000 | 12 | Salaries | $228,147 | $0 |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $115,807 | $0 |
| | | $0 | 16 | Real Property | $0 | |
| | | $0 | 17 | Insurance | $0 | |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $7,502 | $10,000 | $2,498 | 23 | Other Selling | $447,260 | $10,000 |
| $0 | $5,000 | $5,000 | 24 | Other Administrative | $94,998 | $5,000 |
| | | $0 | 25 | Interest | | |
| $0 | $12,000 | $12,000 | 26 | Other Expenses: Professional fees | $50,000 | $0 |
| $0 | | | 27 | | $0 | |
| $0 | $0 | $0 | 28 | | $0 | $0 |
| $10,000 | $20,000 | $10,000 | 29 | Bankruptcy legal fees and other legal fees | $542,718 | $20,000 |
| $0 | | $0 | 30 | | ($194) | |
| | | $0 | 31 | | $0 | |
| | | $0 | 32 | | $0 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $69,782 | $101,000 | $31,218 | 35 | **Total Expenses** | $2,256,182 | $71,000 |
| $162,981 | $109,000 | $53,981 | 36 | **Subtotal** | ($95,951) | $159,000 |
| | | | | **Reorganization Items:** | | |
| $0 | | $0 | 37 | Professional Fees | $0 | |
| | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | $0 |
| | | 0 | | Resulting Chp 11 Case | $0 | |
| | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $4,875 | $36,000 | $31,125 | 41 | U.S. Trustee Quarterly Fees | $4,875 | $0 |
| | $0 | $0 | 42 | | $0 | $0 |
| $4,875 | $36,000 | ($31,125) | 43 | **Total Reorganization Items** | $4,875 | $0 |
| $158,106 | $73,000 | $85,106 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($100,826) | $159,000 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $158,106 | $73,000 | $85,106 | 46 | **Net Profit (Loss)** | ($100,826) | $159,000 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

**BALANCE SHEET**
**(General Business Case)**
**For the Month Ended**     10/31/20

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $207,932 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $701,670 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $909,602 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | $909,602 | $909,602 |

**NOTE:**

    Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $853,439 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $853,439 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $853,439 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $853,439 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($6,653,850) |
| 53 | Capital Stock | | $200 |
| 54 | Additional paid-in capital | | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | | ($100,826) |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | $56,163 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $909,602 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $701,670 | $128,985 | |
| 31-60 Days | | | |
| 61-90 Days | | | $128,985 |
| 91+ Days | | | |
| Total accounts receivable/payable | $701,670 | $128,985 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $701,670 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 0 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $0 |
| Product for resale | | Direct labor | $0 |
| | | Manufacturing overhead | $0 |
| Distribution - | | Freight in | $0 |
| Products for resale | $0 | Other: | $111,480 |
| | | Freight, cdn, customer service, cdn | |
| Manufacturer - | | | |
| Raw Materials | $0 | | |
| Work-in-progress | $0 | Less - | |
| Finished goods | $0 | Inventory End of Month | $0 |
| | | Shrinkage | $0 |
| Other - Explain | | Personal Use | $0 |
| | | | |
| | | Cost of Goods Sold | $111,480 |
| TOTAL | $0 | | |

| Method of Inventory Control | Inventory Valuation Methods |
|---|---|
| Do you have a functioning perpetual inventory system? | Indicate by a checkmark method of inventory used. |
| Yes _____ No __xxx__ | |
| How often do you take a complete physical inventory? | Valuation methods - |
| | FIFO cost ___ 15000 |
| Weekly _____ | LIFO cost ___ |
| Monthly _____ | Lower of cost or market ___ |
| Quarterly _____ | Retail method ___ |
| Semi-annually _____ | Other ___ |
| Annually _____ | Explain |
| Date of last physical inventory was | |
| | |
| Date of next physical inventory is | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | | Cost | Market Value |
|---|---|---|---|
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | | Cost | Market Value |
|---|---|---|---|
| Machinery & Equipment - | | | |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |
| Furniture & Fixtures - | | | |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |
| Office Equipment - | | | |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |
| Leasehold Improvements - | | | |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |
| Vehicles - | | | |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| | | $0 | $0 |
| Total | | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $180,471 | $6,093 | $19,966 | $1,402 |
| Total Funds on Hand for all Accounts | $207,932 | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___10/31/20___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $178,901 | $3,800,922 |
| 3 | Interest Received | $0 | $80 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | $0 |
| 8 | | | $0 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $178,901 | $3,801,002 |
| | **Cash Disbursements** | | $0 |
| 13 | Payments for Inventory | $0 | $15,000 |
| 14 | Selling | $7,502 | $446,884 |
| 15 | Administrative | $0 | $94,998 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | $0 |
| 19 | Personal Property | $0 | $115,807 |
| 20 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 | Salaries | $52,280 | $867,401 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $193,719 |
| 27 | Management Fees | $0 | ($1,733,809) |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes | $0 | $0 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | $0 |
| 33 | Vendors related to product delivery and performance | $81,980 | ($1,733,809) |
| 34 | Legal fees | $35,870 | |
| 35 | Research and development costs | $29,500 | $498,500 |
| 36 | Tax return preparation fees | $0 | $65,943 |
| 37 | Trustee fees Other expenses | $4,875 | $26,001 |
| 38 | **Total Cash Disbursements:** | $212,007 | $4,088,939 |
| 39 | **Net Increase (Decrease) in Cash** | ($33,106) | ($287,937) |
| 40 | **Cash Balance, Beginning of Period** | $241,038 | $495,868 |
| 41 | **Cash Balance, End of Period** | $207,932 | $207,931 |

Revised 1/1/98

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Flows From Operating Activities** | | | |
| 1 | Cash Received from Sales | $178,901 | $3,800,922 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $80 |
| 4 | Cash Paid to Suppliers | $111,480 | $1,802,728 |
| 5 | Cash Paid for Selling Expenses | $7,502 | $446,884 |
| 6 | Cash Paid for Administrative Expenses | $0 | $94,998 |
| | Cash Paid for Rents/Leases: | | $0 |
| 7 | Personal Property | $0 | $115,807 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $193,719 |
| | Cash Paid to Owner(s)/Officer(s) | | $0 |
| 11 | Salaries | $52,280 | $867,401 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | $0 |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | $0 |
| 21 | | | $0 |
| 22 | Tax return preparation fees | $0 | $65,943 |
| 23 | Approved Bankruptcy Attorney fees | $35,870 | $460,458 |
| 24 | Inventory purchase | $0 | $15,000 |
| 25 | | | $0 |
| 26 | | | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($28,231) | ($261,936) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $5,200 |
| 30 | U.S. Trustee Quarterly Fees | $4,875 | $20,800 |
| 31 | | | $0 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($4,875) | ($26,000) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($33,106) | ($287,936) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | $0 |
| 36 | | | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $0 |
| 40 | Capital Contributions | | $0 |
| 41 | Principal Payments | | $0 |
| 42 | | | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($33,106) | ($287,936) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 241,038 | $495,868 |
| 46 | **Cash and Cash Equivalents at End of Month** | $207,932 | $207,932 |

Revised 1/1/98



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number: ████████ **1820**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002853 DRE 703 210 30920 NNNNNNNNNNN  1 000000000 D2 0000
JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 2 | 129,261.43 |
| Electronic Withdrawals | 1 | -129,261.43 |
| **Ending Balance** | **3** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | Orig CO Name:Vidillion, Inc.    Orig ID:Bizedp    Desc Date:100520 CO Entry Descr:Deposit  Sec:CCD   Trace#:091000018537402 Eed:201006  Ind ID:Dp86315407 Ind Name:Jadoo Tv        Jadoo Tv Vidillion Advertising | $100,000.00 |
| 10/06 | Orig CO Name:Rhythmonellc        Orig ID:7208883948 Desc Date:        CO Entry Descr:Payment  Sec:CCD   Trace#:121140398553251 Eed:201006  Ind ID:12279 Ind Name:Jadootv Inc Trn: 2808553251Tc | 29,261.43 |
| **Total Deposits and Additions** | | **$129,261.43** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Online Transfer To Chk ...8142 Transaction#: 10420415175 | $129,261.43 |
| **Total Electronic Withdrawals** | | **$129,261.43** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/06 | $0.00 |



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: ██████████2560



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002854 DRE 703 210 30920 NNNNNNNNNNN  1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 13 of 30



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Account Number: ███████3030

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002855 DRE 703 210 30920 NNNNNNNNNNN 1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: ▇▇▇▇5270



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00005399 DRE 703 210 30920 NNNNNNNNNNN 1 000000000 D2 0000

PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588-8583

---

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$126.09** |
| Deposits and Additions | 1 | 11,000.00 |
| Electronic Withdrawals | 1 | -10,000.00 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **3** | **$1,031.09** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8225 US Trn: 3070030281Es | $11,000.00 |
| | **Total Deposits and Additions** | **$11,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | 10/09 Online International Wire Transfer Via: The Bank of New York Mellon/0001 A/C: Uid 310680 Varna 9000, Bulgaria Ben: Neterra Ltd. Sofia 1784 Bg Ref: Business Expenses Ssn: 0206177 Trn: 3102320283Es | $10,000.00 |
| | **Total Electronic Withdrawals** | **$10,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Service Charges For The Month of September | $95.00 |
| | **Total Fees** | **$95.00** |

Case: 19-41283   Doc# 329   Filed: 11/23/20   Entered: 11/23/20 11:56:33   Page 16 of 30



# DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/05 | $31.09 |
| 10/07 | 11,031.09 |
| 10/09 | 1,031.09 |

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 11/4/20 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | 4 | 0 | $40.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/4/20)** | | | | | **$95.00** |

| ACCOUNT ████████5270 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 17 of 30

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number: ███████8142

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00026918 DRE 703 210 30920 NNNNNNNNNNN 1 000000000 D2 0000
JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CHECKING SUMMARY        Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$217,973.54** |
| Deposits and Additions | 8 | 162,789.23 |
| Checks Paid | 2 | -67,550.53 |
| ATM & Debit Card Withdrawals | 1 | -300.00 |
| Electronic Withdrawals | 14 | -136,671.35 |
| Fees | 1 | -195.00 |
| **Ending Balance** | **26** | **$176,045.89** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Orig CO Name:Bluesnap Inc.         Orig ID:1450479415 Desc Date:     CO Entry Descr:█2921  Sec:CCD   Trace#:051000016158644 Eed:201005   Ind ID:1128251 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID █2921\ Trn: 2796158 | $6,740.80 |
| 10/06 | Online Transfer From Chk ...1820 Transaction#: 10420415175 | 129,261.43 |
| 10/13 | Orig CO Name:Bluesnap Inc.         Orig ID:1450479415 Desc Date:     CO Entry Descr:█2921  Sec:CCD   Trace#:051000017632890 Eed:201013   Ind ID:1134219 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID █2921\ Trn: 2877632 | 8,030.85 |
| 10/13 | 10/09/2020 Wire Reversal B/O: JPMC Cb Funds Transfer Previous Daytampa FL 33610-9128 US Org: Mbr/0256 Standard Chartered Bank Ref:/Bnf/Our Ref Jpm201009-006138 Chaseref9456200283Fc Rtn Dtd 09/24/202 0 Trn 3092250268Es As Uta Per Bbk Req Uest Less Fees Trn: 4083900287Hh | 725.00 |
| 10/16 | Credit / Deposit | 837.11 |

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 18 of 30



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/19 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:█2921  Sec:CCD  Trace#:051000011693701 Eed:201019  Ind ID:1139613 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID █2921\ Trn: 2931693 | 7,932.95 |
| 10/26 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:█2921  Sec:CCD  Trace#:051000015205705 Eed:201026  Ind ID:1005742 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID █2921\ Trn: 3005205 | 8,758.87 |
| 10/30 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Roku Inc 1155 Coleman Ave Ref: Chase Nyc/Ctr/Bnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-00000000 8456 Rfb=O/B Sil Vly Bk S Obi=20 09 Partner Payment 225 Imad: 1030L1B77D1C000837 Trn: 0786109304Ff | 502.22 |

**Total Deposits and Additions**      **$162,789.23**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 5073 ^ | | 10/08 | $31,680.43 |
| 5074 ^ | | 10/23 | 35,870.10 |

**Total Checks Paid**      **$67,550.53**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/27 | ATM Withdrawal    10/27 4747 Hopyard Rd Ste E01 Pleasanton CA Card 0365 | $300.00 |

**Total ATM & Debit Card Withdrawals**      **$300.00**

## ATM & DEBIT CARD SUMMARY

Sadia B Sohail  Card 0365

| | |
|---|---|
| Total ATM Withdrawals & Debits | $300.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $300.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $0.00 |



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/06 | 10/06 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████8142 Jadoo Tv Inc Ben/1014786 1970568 Ontario Inc Ref: Business Expenses/Ocmt/Cad1750,00/Exch/1.2858/Cntr/48408096/ Trn: 7780300280Re | $1,361.02 |
| 10/07 | 10/07 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton CA 94588-8583 US Trn: 3070030281Es | 11,000.00 |
| 10/07 | 10/07 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/478520020135216 Xumax Inc Ref:/Lmpd/Business Expenses/Bnf/Account 0135216 Trn: 3074840281Es | 4,540.00 |
| 10/08 | 10/08 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 1008B1Qgc02C000843 Trn: 3048020282Es | 6,208.00 |
| 10/13 | 10/13 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc Dublin CA 94568 Ref:/Bnf/Trinet Request Imad: 1013B1Qgc03C008527 Trn: 0049209287Fg | 17,863.14 |
| 10/20 | 10/20 Online International Wire Transfer Via: Citibank N.A./0008 A/C: Afghanistan International Bank Kabul Afghanistan Af Ben: Moby Afghanistan Kabul E5 Af Ref: Business Expenses Ssn: 0418020 Trn: 3343710294Es | 40,000.00 |
| 10/21 | 10/21 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ████████8142 Jadoo Tv Inc Ben:/1014786 1970568 Ontario Inc Ref: Business Expenses/Ocmt/Cad2036,00/Exch/1.2715/Cntr/70709590/ Trn: 9754600295Re | 1,601.26 |
| 10/21 | 10/21 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc Dublin CA 94568 Ref:/Bnf/Trinet Request Imad: 1021B1Qgc04C005315 Trn: 0292609295Fg | 16,538.22 |
| 10/21 | Orig CO Name:Citi Autopay       Orig ID:Citicardap Desc Date:201020 CO Entry Descr:Payment  Sec:Tel   Trace#:091409687406494 Eed:201021   Ind ID:080254034710914 Ind Name:Sajid A Sohail Trn: 2957406494Tc | 1,415.20 |
| 10/22 | 10/22 Online International Wire Transfer A/C: Bank AL Falah Limited Karachi Pakistan 0 - Pk Ref: Business Expenses Trn: 3362910296Es | 6,000.00 |
| 10/23 | 10/23 Online International Wire Transfer Via: Citibank N.A./0008 A/C: Citibank (Hong Kong) Limited Hong Kong Hong Kong Hk Ben: Nsc Worldwide Hong Kong Ltd North Point Hk Ref: Business Expenses Ssn: 0226212 Trn: 3039720297Es | 750.00 |
| 10/23 | Orig CO Name:American Express       Orig ID:9493560001 Desc Date:201023 CO Entry Descr:ACH Pmt  Sec:Web   Trace#:021000029867669 Eed:201023   Ind ID:A6634 Ind Name:Sajid Sohail | 6,516.37 |
| 10/27 | 10/27 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Ben: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Business Expenses/Time/10:43 Imad: 1027B1Qgc02C005335 Trn: 3154930301Es | 5,000.00 |
| 10/28 | 10/28 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc Dublin CA 94568 Ref:/Bnf/Trinet Request Imad: 1028B1Qgc07C002753 Trn: 0181409302Fg | 17,878.14 |
| **Total Electronic Withdrawals** | | **$136,671.35** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/05 | Service Charges For The Month of September | $195.00 |
| **Total Fees** | | **$195.00** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/05 | $224,519.34 | 10/16 | 290,721.14 | 10/23 | 189,962.94 |
| 10/06 | 352,419.75 | 10/19 | 298,654.09 | 10/26 | 198,721.81 |
| 10/07 | 336,879.75 | 10/20 | 258,654.09 | 10/27 | 193,421.81 |
| 10/08 | 298,991.32 | 10/21 | 239,099.41 | 10/28 | 175,543.67 |
| 10/13 | 289,884.03 | 10/22 | 233,099.41 | 10/30 | 176,045.89 |



## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████████8280, ████████1820, ████████2560, ████████3030, ████████8163

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $205.00 |
| **Total Service Charges** | **$205.00** Will be assessed on 11/4/20 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 7 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 17 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 3 | 0 | 3 | $35.00 | $105.00 |
| Online US Dollar Intl Wire Fee | 5 | 4 | 1 | $40.00 | $40.00 |
| Online Fx Intl Wire Fee | 2 | 0 | 2 | $5.00 | $10.00 |
| Online Domestic Wire Fee | 2 | 0 | 2 | $25.00 | $50.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/4/20)** | | | | | **$205.00** |
| **ACCOUNT** ████████1820 | | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | | | | |
| **ACCOUNT** ████████8142 | | | | | |
| Electronic Credits | 5 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 17 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | | | | |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 3 | | | | |
| Online US Dollar Intl Wire Fee | 5 | | | | |
| Online Fx Intl Wire Fee | 2 | | | | |
| Online Domestic Wire Fee | 2 | | | | |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 22 of 30



This Page Intentionally Left Blank

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 23 of 30

**Not Mailed Due To Inactivity**


JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number: ███████8163

00012079 DRE 703 089 30520 NNNNNNNNNNN  1 000000000 64 0000
JADOO TV, INC.
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | 0 | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

<span style="color:red">Case: 19-41283   Doc# 329   Filed: 11/23/20   Entered: 11/23/20 11:56:33   Page 24 of 30</span>



This Page Intentionally Left Blank



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: ████████3280



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002850 DRE 703 210 30920 NNNNNNNNNNN   1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

Case: 19-41283   Doc# 329   Filed: 11/23/20   Entered: 11/23/20 11:56:33   Page 27 of 30


Merchant Account ID: ███████TW5U  |  PayPal Account: sadia@jadootv.com

## Jadoo TV

PayPal Account: sadia@jadootv.com

5880 W. Las Positas Blvd, Suite #37, Pleasanton, CA 94588

(Amounts in USD)

| Balance | Beginning | Ending |
|---|---|---|
| Total balance | 3,738.92 | 6,092.87 |
| Available balance | 3,738.92 | 6,092.87 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
|---|---|---|
| **Sales activity** | **–** | **6,726.17** |
| Payments received | 0.00 | 6,751.17 |
| Disbursements received | 0.00 | 0.00 |
| Refunds sent | -25.00 | 0.00 |
| **Fees** | **-262.66** | **–** |
| Payment fees | -232.66 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Dispute Fees | 0.00 | 0.00 |
| Account fees invoice | -30.00 | 0.00 |
| Other fees | 0.00 | 0.00 |
| **Dispute activity** | **0.00** | **–** |
| Chargebacks & disputes | 0.00 | 0.00 |
| Dispute reimbursements | 0.00 | 0.00 |
| **Transfers & withdrawals** | **-630.46** | **–** |
| Currency Transfers | -630.46 | 0.00 |
| Transfers to PayPal account | 0.00 | 0.00 |
| Transfers from PayPal account | 0.00 | 0.00 |
| **Purchase activity** | **-3,479.10** | **–** |
| Online payments sent | -3,482.28 | 0.00 |
| Refunds received | 0.00 | 3.18 |

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 28 of 30





Merchant Account ID: ████████ TW5U  |  PayPal Account: sadia@jadootv.com

| Activity | Debit | Credit |
|---|---|---|
| Debit card purchases | 0.00 | 0.00 |
| Debit card returns | 0.00 | 0.00 |
| **Reserves & releases** | **0.00** | **–** |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| Blocked payments | 0.00 | 0.00 |
| **Other activity** | **–** | **0.00** |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 0.00 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -967.94 | 967.94 |

Note: This is not an actual bill.

Case: 19-41283    Doc# 329    Filed: 11/23/20    Entered: 11/23/20 11:56:33    Page 29 of
30

Account Balance

Report parameters:
Merchant Id=■2921

| Currency | Total of Gross Amount | Total of Commission Amount | Affiliates Amount | Total of Net Amount | Total of Paid by 3rd Party | Total of Payout Adjustment Amount | Account Balance | Refund Reserve Amount | BlueSnap Reserve Amount |
|---|---|---|---|---|---|---|---|---|---|
| USD | 33,670.85 | -2,710.30 | 0 | 29,924.17 | 0 | 275.84 | 30,144.49 | 0 | 9,375.60 |