Entered on Docket
November 30, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
Shinhong Byun (CA Bar No. 264129)
Email: shinhong@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Attorneys for Debtor,*
*Debtor in Possession and Sajid Sohail*

The following constitutes the order of the Court.
Signed: November 26, 2020

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>                    **Debtor.** | Bankruptcy Case No. 19-41283 (WJL)<br><br>Chapter 11<br><br><br>**ORDER GRANTING FOURTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAN PUNZALAN LLP FOR THE PERIOD OF JULY 4, 2020 TO NOVEMBER 1, 2020**<br><br>Date:  November 25, 2020<br>Time:  10:30 a.m. (Pacific Time)<br>Place:  (Telephonic Hearing)<br>        United States Bankruptcy Court<br>        Courtroom 220<br>        1300 Clay Street<br>        Oakland, CA 94612 |

Upon the Application, dated November 4, 2020 [Dkt. No. 323] (the "Application"),[1] of Chan Punzalan LLP (the "Applicant"), counsel to JadooTV, Inc., debtor and debtor in possession in the above-referenced chapter 11 reorganization case (the "Debtor") and Sajid Sohail, pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), for approval of fees and expenses incurred by Applicant during the period of July 4, 2020 to November 1, 2020 (the "Interim Fee Period"), as more fully set forth in the Application; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 and B.L.R. 5011-1(a); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application, the Punzalan Declaration filed in support of the Application on November 4, 2020 [Dkt. No. 324], and the Supplemental Memorandum to the Application filed on November 20, 2020 [Dkt. No. 327]; and this Court having held a hearing on the Application at the above-referenced date and time with appearances as noted on the record; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Applicant is allowed $65,093.50, on an interim basis, in compensation for services rendered to the Debtor during the Interim Fee Period.

3. The Applicant is allowed reimbursement of $35.70, on an interim basis, in actual and necessary expenses incurred on behalf of the Debtor during the Interim Fee Period.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

4. The Debtor is authorized to pay the Applicant the amount of $65,129.20, the sum of the approved fees in the amount of $65,093.50 and expenses in the amount of $35.70.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

## Court Service List

All ECF Parties