# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: JadooTV, Inc.

Case No. 19-41283

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** May-21            **PETITION DATE:** 05/31/19

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $761,562 | $724,026 | |
| | b. Total Assets | $761,562 | $724,026 | $938,171 |
| | c. Current Liabilities | $830,244 | $834,469 | |
| | d. Total Liabilities | $830,244 | $834,469 | $781,182 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $115,783 | $102,313 | $5,323,821 |
| | b. Total Disbursements | $179,826 | $172,344 | $5,372,940 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($64,043) | ($70,031) | ($49,119) |
| | d. Cash Balance Beginning of Month | $510,793 | $510,793 | $495,868 |
| | e. Cash Balance End of Month (c + d) | $446,750 | $440,762 | $446,749 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($28,270) | $62,792 | ($225,671) |
| 5. | Account Receivables (Pre and Post Petition) | $314,812 | $283,264 | |
| 6. | Post-Petition Liabilities | $127,508 | $132,494 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $127,508 | $132,494 | |

**At the end of this reporting month:**                                                            **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    xxx
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    xxx
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    xxx
12. Is the estate insured for replacement cost of assets and for general liability?    xxx
13. Are a plan and disclosure statement on file?    xxx
14. Was there any post-petition borrowing during this reporting period?    xxx

15. Check if paid: Post-petition taxes  __X__ ;    U.S. Trustee Quarterly Fees  __X__ ;  Check if filing is current for: Post-petition tax reporting and tax returns:  _____ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6-18-21                                                  _____
                                                              Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 05/31/21

| Actual | Forecast | Variance | | Line | Description | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| | | | | | **Revenues:** | | |
| $146,569 | $155,000 | ($8,431) | | 1 | Gross Sales | $5,246,457 | $170,000 |
| | | $0 | | 2 | less: Sales Returns & Allowances | $0 | |
| $146,569 | $155,000 | ($8,431) | | 3 | Net Sales | $5,246,457 | $170,000 |
| $120,783 | $95,000 | ($25,783) | | 4 | less: Cost of Goods Sold (Schedule 'B') | $2,732,827 | $95,000 |
| $25,786 | $60,000 | ($34,214) | | 5 | Gross Profit | $2,513,630 | $75,000 |
| $0 | $0 | $0 | | 6 | Interest | $80 | $0 |
| | | $0 | | 7 | Other Income: | | |
| | | $0 | | 8 | | | |
| | | $0 | | 9 | | | |
| $25,786 | $60,000 | ($34,214) | | 10 | **Total Revenues** | $2,513,710 | $75,000 |
| | | | | | **Expenses:** | | |
| $37,050 | $38,000 | $950 | | 11 | Compensation to Owner(s)/Officer(s) | $1,035,325 | $38,000 |
| $0 | $0 | $0 | | 12 | Salaries | $228,147 | $0 |
| $0 | | $0 | | 13 | Commissions | $0 | |
| $0 | | $0 | | 14 | Contract Labor | $0 | |
| | | | | | Rent/Lease: | | |
| $0 | $0 | $0 | | 15 | Personal Property | $115,807 | $0 |
| | | $0 | | 16 | Real Property | $0 | |
| | | $0 | | 17 | Insurance | $0 | |
| | | $0 | | 18 | Management Fees | $0 | |
| | | $0 | | 19 | Depreciation | $0 | |
| | | | | | Taxes: | | |
| | | $0 | | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | | 21 | Real Property Taxes | $0 | |
| | | $0 | | 22 | Other Taxes | $0 | |
| $12,129 | $8,000 | ($4,129) | | 23 | Other Selling | $507,907 | $8,000 |
| $0 | $2,000 | $2,000 | | 24 | Other Administrative | $94,998 | $2,000 |
| | | $0 | | 25 | Interest | $0 | |
| $0 | $0 | $0 | | 26 | Other Expenses: Professional fees | $79,306 | $15,000 |
| $0 | | $0 | | 27 | | $0 | |
| $0 | $0 | $0 | | 28 | | $0 | $0 |
| $0 | $10,000 | $10,000 | | 29 | Bankruptcy legal fees and other legal fees | $646,737 | $10,000 |
| $0 | | $0 | | 30 | | ($194) | |
| | | $0 | | 31 | | $0 | |
| | | $0 | | 32 | | $0 | |
| | | $0 | | 33 | | | |
| | | $0 | | 34 | | | |
| $49,179 | $58,000 | $8,821 | | 35 | **Total Expenses** | $2,708,033 | $73,000 |
| ($23,393) | $2,000 | ($25,393) | | 36 | **Subtotal** | ($194,323) | $2,000 |
| | | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | | 37 | Professional Fees | $0 | $0 |
| | $0 | $0 | | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | | 39 | Interest Earned on Accumulated Cash from | $0 | $0 |
| | 0 | | | | Resulting Chp 11 Case | $0 | $0 |
| | $0 | $0 | | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $4,877 | $0 | ($4,877) | | 41 | U.S. Trustee Quarterly Fees | $31,348 | $0 |
| | $0 | $0 | | 42 | | $0 | $0 |
| $4,877 | $0 | $4,877 | | 43 | **Total Reorganization Items** | $31,348 | $0 |
| ($28,270) | $2,000 | ($30,270) | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($225,671) | $2,000 |
| | | $0 | | 45 | Federal & State Income Taxes | | |
| ($28,270) | $2,000 | ($30,270) | | 46 | **Net Profit (Loss)** | ($225,671) | $2,000 |
| $0 | | | | | | ($100) | |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only): $225,571

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended    05/31/21

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $446,750 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $314,812 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $761,562 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | $761,562 | $761,562 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| # | Item | | Amount |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $830,244 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $830,244 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $830,244 |

    **Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $830,244 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($6,653,850) |
| 53 | Capital Stock | $200 |
| 54 | Additional paid-in capital | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | ($225,671) |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($68,682) |
| 60 | **Total Liabilities and Equity (Deficit)** | $761,562 |

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $314,812 | $127,508 | |
| 31-60 Days | | | |
| 61-90 Days | | | $127,508 |
| 91+ Days | | | |
| Total accounts receivable/payable | $314,812 | $127,508 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $314,812 | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
|   Product for resale | |
| Distribution - | |
|   Products for resale | $0 |
| Manufacturer - | |
|   Raw Materials | $0 |
|   Work-in-progress | $0 |
|   Finished goods | $0 |
| Other - Explain | |
| | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | 0 |
| Add - | |
|   Net purchase | $0 |
|   Direct labor | $0 |
|   Manufacturing overhead | $0 |
|   Freight in | $0 |
|   Other: | $0 |
| Freight, cdn, customer service, cdn | |
| | |
| Less - | |
|   Inventory End of Month | $0 |
|   Shrinkage | $0 |
|   Personal Use | $0 |
| | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No __xxx__

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | | |
|---|---|---|
| FIFO cost | __ | 15000 |
| LIFO cost | __ | |
| Lower of cost or market | __ | |
| Retail method | __ | |
| Other | __ | |
|   Explain | | |

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $0 |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
## (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
## Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $409,308 | $3,251 | $32,208 | $1,983 |
| Total Funds on Hand for all Accounts | $446,750 | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 19-41283    Doc# 359    Filed: 06/18/21    Entered: 06/18/21 16:13:23    Page 7 of 20

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 05/31/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $115,783 | $5,323,741 |
| 3 | Interest Received | $0 | $80 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | $0 |
| 8 | | | $0 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $115,783 | $5,323,821 |
| | **Cash Disbursements** | | $0 |
| 13 | Payments for Inventory | $0 | $15,000 |
| 14 | Selling | $12,129 | $507,531 |
| 15 | Administrative | $0 | $94,998 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | $0 |
| 19 | Personal Property | $0 | $115,807 |
| 20 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 | Salaries | $37,050 | $1,125,235 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $193,719 |
| 27 | Management Fees | $0 | ($2,052,290) |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes | $0 | $0 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | $0 |
| 33 | Vendors related to product delivery and performance | $91,821 | ($2,052,290) |
| 34 | Legal fees | $25,949 | |
| 35 | Research and development costs | $8,000 | $662,000 |
| 36 | Tax return preparation fees | $0 | $77,193 |
| 37 | Trustee fees Other expenses | $4,877 | $40,628 |
| 38 | **Total Cash Disbursements:** | $179,826 | $5,372,940 |
| 39 | Net Increase (Decrease) in Cash | ($64,043) | ($49,119) |
| 40 | **Cash Balance, Beginning of Period** | $510,793 | $495,868 |
| 41 | **Cash Balance, End of Period** | $446,750 | $446,749 |

Case: 19-41283    Doc# 359    Filed: 06/18/21    Entered: 06/18/21 16:13:23    Page 8 of 20

Revised 1/1/98

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 05/31/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $115,783 | $5,323,741 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $80 |
| 4 | Cash Paid to Suppliers | $99,821 | $2,588,378 |
| 5 | Cash Paid for Selling Expenses | $12,129 | $507,531 |
| 6 | Cash Paid for Administrative Expenses | $0 | $94,998 |
| | Cash Paid for Rents/Leases: | | $0 |
| 7 | Personal Property | $0 | $115,807 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $193,719 |
| | Cash Paid to Owner(s)/Officer(s) | | $0 |
| 11 | Salaries | $37,050 | $1,125,235 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | $0 |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | $0 |
| 21 | | | $0 |
| 22 | Tax return preparation fees | $0 | $77,193 |
| 23 | Approved Bankruptcy Attorney fees | $25,949 | $614,451 |
| 24 | Inventory purchase | $0 | $15,000 |
| 25 | | | $0 |
| 26 | | | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($59,166) | ($8,491) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $5,200 |
| 30 | U.S. Trustee Quarterly Fees | $4,877 | $35,427 |
| 31 | | | $0 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($4,877) | ($40,627) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($64,043) | ($49,118) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | $0 |
| 36 | | | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $0 |
| 40 | Capital Contributions | | $0 |
| 41 | Principal Payments | | $0 |
| 42 | | | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($64,043) | ($49,118) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 510,793 | $495,868 |
| 46 | **Cash and Cash Equivalents at End of Month** | $446,750 | $446,750 |

Revised 1/1/98



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2021 through May 28, 2021

Account Number: 1820

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001376 DRE 703 142 15421 NNNNNNNNNNN T 1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588



## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $850.00 |
| Deposits and Additions | 2 | 52,551.72 |
| Electronic Withdrawals | 1 | -53,401.72 |
| Ending Balance | 3 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Deposit     1912324047 | $300.00 |
| 05/24 | Orig CO Name:Vidillion, Inc.    Orig ID:Bizedp    Desc Date:052121 CO Entry Descr:Deposit   Sec:CCD   Trace#:091000013065909 Eed:210524   Ind ID:Dp00927564   Ind Name:Jadoo Tv     February Ad Credits - Services Invo Ice | 52,251.72 |
| **Total Deposits and Additions** | | **$52,551.72** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/25 | 05/25 Online Transfer To Chk ...8142 Transaction#: 11842203886 | $53,401.72 |
| **Total Electronic Withdrawals** | | **$53,401.72** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/06 | $1,150.00 |
| 05/24 | 53,401.72 |
| 05/25 | 0.00 |

Case: 19-41283    Doc# 359    Filed: 06/18/21    Entered: 06/18/21 16:13:23    Page 10 of 20



# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2021 through May 28, 2021

Account Number: █████████5270



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004985 DRE 703 210 15421 NNNNNNNNNNN    1 000000000 D2 0000
PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,106.71 |
| Deposits and Additions | 1 | 10,000.00 |
| Electronic Withdrawals | 1 | -10,021.30 |
| Fees | 1 | -95.00 |
| Ending Balance | 3 | $990.41 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/27 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8225 US Trn: 3158311147Es | $10,000.00 |
| **Total Deposits and Additions** | | **$10,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/27 | 05/27 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ██████████5270 Ptil LLC Ben:/Bg62Prcb92301449873701 Silistra Telecom Solutions Ltd. Ref: Business Expenses/Ocmt/Eur8000,00/Exch/0.7983/Cntr/15197001/ Trn: 8114000147Re | $10,021.30 |
| **Total Electronic Withdrawals** | | **$10,021.30** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Service Charges For The Month of April | $95.00 |
| **Total Fees** | | **$95.00** |

Case: 19-41283   Doc# 359   Filed: 06/18/21   Entered: 06/18/21 16:13:23   Page 12 of 20



May 01, 2021 through May 28, 2021

Account Number: ███████████5270

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/05 | $1,011.71 |
| 05/27 | 990.41 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2021 through May 28, 2021

Account Number: 8142

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00029840 DRE 703 210 15421 NNNNNNNNNNN 1 000000000 D2 0000
JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588



## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---:|---:|
| Beginning Balance | | $469,121.08 |
| Deposits and Additions | 8 | 118,040.70 |
| Checks Paid | 6 | -65,832.02 |
| Electronic Withdrawals | 12 | -112,906.46 |
| Fees | 1 | -205.00 |
| Ending Balance | 27 | $408,218.30 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/03 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:■2921   Sec:CCD   Trace#:051000010883834 Eed:210503   Ind ID:1287823 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID ■2921\ Trn: 1230883 | $12,369.72 |
| 05/10 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:■2921   Sec:CCD   Trace#:051000019830216 Eed:210510   Ind ID:1296507 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID ■2921\ Trn: 1309830 | 15,701.49 |
| 05/17 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:■2921   Sec:CCD   Trace#:051000019441357 Eed:210517   Ind ID:1305383 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID ■2921\ Trn: 1379441 | 11,981.28 |
| 05/18 | Orig CO Name:Rapp Los Angeles    Orig ID:9080704590 Desc Date:    CO Entry Descr:ACH10109  Sec:CCD   Trace#:122000494491913 Eed:210518   Ind ID:Oci000004856TRX         Ind Name:Jadoous        Centralized Payment Processing May  18 2021 Trn: 1384491913Tc | 6,701.00 |
| 05/24 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:■2921   Sec:CCD   Trace#:051000017858411 Eed:210524   Ind ID:1313929 Ind Name:Jadootv         Rmr*Ik*Bluesnap Payment For Merchan T \Rmr*Ik*ID ■2921\ Trn: 1447858 | 14,240.49 |



## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/25 | Online Transfer From Chk ...1820 Transaction#: 11842203886 | 53,401.72 |
| 05/25 | Orig CO Name:Paypal    Orig ID:Paypalsd11 Desc Date:210525 CO Entry Descr:Transfer Sec:PPD   Trace#:021000029096927 Eed:210525   Ind ID: Ind Name:Jadoo Tv Trn: 1459096927Tc | 2,500.00 |
| 05/28 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Roku Inc 1155 Coleman Ave Ref: Chase Nyc/Ctr/Bnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-00000000 8456 Rfb=O/B Sil Vly Bk S Obi=21 04 Partner Payment 272 Imad: 0528L1B77D1C001463 Trn: 0087500148Ff | 1,145.00 |
| **Total Deposits and Additions** | | **$118,040.70** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 5104 ^ | | 05/11 | $9,711.99 |
| 5106 * ^ | | 05/07 | 34,797.53 |
| 5108 * ^ | | 05/10 | 16,237.50 |
| 5109 ^ | | 05/06 | 3,500.00 |
| 5110 ^ | | 05/06 | 585.00 |
| 5111 ^ | | 05/24 | 1,000.00 |
| **Total Checks Paid** | | | **$65,832.02** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/03 | 05/03 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 0503B1Qgc02C008982 Trn: 3475151123Es | $2,170.00 |
| 05/03 | 05/03 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/4550570 Roya Mahmoodzadeh Khalkhail Ref:/Lmpd/Business Expenses Trn: 3475631123Es | 5,650.00 |
| 05/12 | 05/12 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0512B1Qgc06C003500 Trn: 0186540132Fg | 18,525.05 |
| 05/14 | 05/14 Online International Wire Transfer Via: Citibank N.A./0008 A/C: Afghanistan International Bank Kabul Afghanistan Af Ben: Moby Afghanistan Kabul E5 Af Ref: Business Expenses Ssn: 0221045 Trn: 3026851134Es | 20,000.00 |
| 05/14 | 05/14 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: ▮▮▮▮▮▮▮▮8142 Jadoo Tv Inc Ben:/1014786 1970568 Ontario Inc Ref: Business Expenses/Ocmt/Cad3500,00/Exch/1.1749/Cntr/83123200/ Trn: 5076700134Re | 2,978.98 |
| 05/17 | Orig CO Name:Quarterly Fee    Orig ID:1501000502 Desc Date:210514 CO Entry Descr:Payment Sec:CCD   Trace#:041036046191826 Eed:210517   Ind ID:0000 Ind Name:Jadootv Inc. | 4,877.14 |
| 05/24 | Orig CO Name:American Express    Orig ID:9493560001 Desc Date:210524 CO Entry Descr:ACH Pmt Sec:Web   Trace#:021000028829355 Eed:210524   Ind ID:A0370 Ind Name:Sajid Sohail | 10,130.25 |
| 05/25 | 05/25 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Ben: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Import Software Services Business Expenses/Time/12:45 Imad: 0525B1Qgc07C011740 Trn: 3267981145Es | 8,000.00 |
| 05/25 | 05/25 Online International Wire Transfer A/C: Bank AL Falah Limited Karachi Pakistan 0 - Pk Ref: None Business Expenses/Bnf/None Trn: 3301161145Es | 6,000.00 |



May 01, 2021 through May 28, 2021

Account Number: 8142

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | 05/26 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0526B1Qgc06C003212 Trn: 0214950146Fg | 18,525.04 |
| 05/27 | 05/27 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton CA 94588-8583 US Trn: 3158311147Es | 10,000.00 |
| 05/27 | 05/27 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/4550570 Roya Mahmoodzadeh Khalkhail Ref:/Lmpd/Business Expenses Trn: 3259271147Es | 6,050.00 |
| **Total Electronic Withdrawals** | | **$112,906.46** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Service Charges For The Month of April | $205.00 |
| **Total Fees** | | **$205.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/03 | $473,670.80 | 05/11 | 424,335.27 | 05/24 | 399,746.62 |
| 05/05 | 473,465.80 | 05/12 | 405,810.22 | 05/25 | 441,648.34 |
| 05/06 | 469,380.80 | 05/14 | 382,831.24 | 05/26 | 423,123.30 |
| 05/07 | 434,583.27 | 05/17 | 389,935.38 | 05/27 | 407,073.30 |
| 05/10 | 434,047.26 | 05/18 | 396,636.38 | 05/28 | 408,218.30 |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 4820

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank



Merchant Account ID: ████████TW5U  |  PayPal Account: sadia@jadootv.com

Page 18 of 3

## Jadoo TV

PayPal Account: sadia@jadootv.com

5880 W. Las Positas Blvd, Suite #37, Pleasanton, CA 94588

(Amounts in USD)

| Balance | Beginning | Ending |
| --- | --- | --- |
| Total balance | 6,967.06 | 3,250.77 |
| Available balance | 6,967.06 | 3,250.77 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
| --- | --- | --- |
| **Sales activity** | -- | 3,692.84 |
| Payments received | 0.00 | 4,849.25 |
| Disbursements received | 0.00 | 0.00 |
| Refunds sent | -1,156.41 | 0.00 |
| **Fees** | -172.11 | -- |
| Payment fees | -142.11 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Dispute Fees | 0.00 | 0.00 |
| Account fees invoice | -30.00 | 0.00 |
| Other fees | 0.00 | 0.00 |
| **Dispute activity** | 0.00 | -- |
| Chargebacks & disputes | -164.22 | 0.00 |
| Dispute reimbursements | 0.00 | 164.22 |
| **Transfers & withdrawals** | -2,955.89 | -- |
| Currency Transfers | -455.89 | 0.00 |
| Transfers to PayPal account | 0.00 | 0.00 |
| Transfers from PayPal account | -2,500.00 | 0.00 |
| **Purchase activity** | -4,281.13 | -- |
| Online payments sent | -4,281.13 | 0.00 |
| Refunds received | 0.00 | 0.00 |

PayPal Inc., 2211 N First St, San Jose, CA 95131

Page 1 of 3



Merchant Account ID: ███████TW5U | PayPal Account: sadia@jadootv.com

| Activity | Debit | Credit |
|---|---|---|
| Debit card purchases | 0.00 | 0.00 |
| Debit card returns | 0.00 | 0.00 |
| **Reserves & releases** | **0.00** | **--** |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| Blocked payments | 0.00 | 0.00 |
| **Other activity** | **--** | **0.00** |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 0.00 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -999.47 | 999.47 |

Note: This is not an actual bill.

jadootv  #▮2921

[15 Partner Request(s)](#)

# Account Balance

## 32,207.58 USD

Updated daily.
**Last updated on Jun 01, 2021 07:00 PST**