KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 364 6793
Fax: 650 636 9251

Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
Shinhong Byun (CA Bar No. 264129)
Email: shinhong@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Attorneys for Debtor and
Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-41283 (WJL) |
| **JADOOTV, INC.,** | Chapter 11 |
| **Debtor.** | **DEBTOR'S STATEMENT ON STATUS OF DISH LITIGATION** |

JadooTV, Inc. ("Jadoo" or the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 reorganization case, submits the following statement on the status of its litigation with DISH Network L.L.C. and related parties ("DISH").

On May 28, 2021, the United States District Court for the Northern District of California entered the *Final Consent Judgment and Stipulated Injunction Pursuant to Stipulation of the Parties* (the "Consent Judgment") as Docket No. 97 in the civil action titled *Dish Technologies L.L.C., et al. v. JadooTV, Inc.*, Case No. 5:18-cv-05214-EJD (the "Patent Action"). A true and correct copy of the Consent Judgment is attached hereto as **Exhibit 1**. The Patent Action was closed on the same day as the entry of the Consent Judgement. The Consent Judgment does not require any payments to be made by the Debtor.

With respect to the matter of *DISH Network L.L.C. v. JadooTV, Inc.*, et al., Case No. 20-cv-01891-CRB(LB) (N.D. Cal.) ("Copyright Action"), the Debtor and DISH have met and conferred numerous times to resolve discovery disputes and attended a one-day settlement conference before the Honorable Virginia K. DeMarchi, United States Magistrate Judge. No settlement has yet been reached in the Copyright Action, and currently no trial date is set.

Should the Court or any party in interest have any questions as to the status of either the Patent Action or the Copyright Action, Mark Punzalan of Chan Punzalan LLP, litigation counsel for the Debtor, will be available at the September 29, 2021 hearing on Chan Punzalan's sixth interim fee application.

Dated: September 8, 2021         KELLER BENVENUTTI KIM LLP

                                                  */s/ Thomas B. Rupp*
                                                  Thomas B. Rupp

                                                  *Attorneys for Debtor and Debtor in Possession*