

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 364 6793
Fax: 650 636 9251

*Attorneys for Debtor and Debtor in Possession*

**The following constitutes the order of the Court.
Signed: October 21, 2021**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-41283 (WJL) |
| JADOOTV, INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING SIXTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR KELLER BENVENUTTI KIM LLP FOR THE PERIOD OF MARCH 1, 2021, TO AUGUST 31, 2021** |
| | [Related to Dkt. No. 365] |
| | Date: October 20, 2021
Time: 10:30 a.m. (Pacific Time)
Place: (Telephonic Hearing)
United States Bankruptcy Court
Courtroom 220
1300 Clay Street
Oakland, CA 94612 |

Upon the Application, dated September 8, 2021 (the "Application"),[1] of Keller Benvenutti Kim LLP (the "Applicant"), counsel to JadooTV, Inc., debtor and debtor in possession in the above-referenced chapter 11 reorganization case (the "Debtor"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), for approval of fees and expenses incurred by Applicant during the period of March 1, 2021, to August 31, 2021 (the "Interim Fee Period"), as more fully set forth in the Application; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 and B.L.R. 5011-1(a); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and the Kim Declaration; and this Court having held a hearing on the Application at the above-referenced date and time with appearances as noted on the record; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Applicant is allowed $16,932.50, on an interim basis, in compensation for services rendered to the Debtor during the Interim Fee Period.

3. The Applicant is allowed reimbursement of $440.59, on an interim basis, in actual and necessary expenses incurred on behalf of the Debtor during the Interim Fee Period.

4. The Debtor is authorized to pay the Applicant the amount of $17,373.09, the sum of approved fees in the amount of $16,932.50 and expenses in the amount of $440.59.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

5. This Order is without prejudice to the Applicant seeking the $1,865.00 Holdback Amount fees in its final fee application.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

Court Service List

*All Registered ECF Participants*