# NOTES TO FEBRUARY 2022 OPERATING REPORT

1.) Part 5 lists only those professionals retained in this Chapter 11 case under section 327 of the Bankruptcy Code. Payments made to professionals retained in the ordinary course of the Debtor's business are not included.

2.) Question 6(d) requests the amounts of postpetition employer payroll taxes paid. Because the Debtor does not record these amounts, the responses provided are estimated amounts, based on 15% of the total payroll.

3.) Regarding Question 7(c), any payments to insiders constituted their regular payroll.