# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 02/28/22 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $75,365 | $65,000 | $10,365 | 1 | Gross Sales | $6,218,432 | $75,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $75,365 | $65,000 | $10,365 | 3 | Net Sales | $6,218,432 | $75,000 |
| $87,010 | $75,000 | ($12,010) | 4 | less: Cost of Goods Sold (Schedule 'B') | $3,597,796 | $80,000 |
| ($11,645) | ($10,000) | ($1,645) | 5 | Gross Profit | $2,620,636 | ($5,000) |
| $0 | $0 | $0 | 6 | Interest | $80 | $0 |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | _____ | | |
| | | $0 | 9 | _____ | | |
| ($11,645) | ($10,000) | ($1,645) | 10 | **Total Revenues** | $2,620,716 | ($5,000) |
| | | | | **Expenses:** | | |
| $37,345 | $37,500 | $155 | 11 | Compensation to Owner(s)/Officer(s) | $1,364,282 | $37,500 |
| $0 | $0 | $0 | 12 | Salaries | $228,147 | $0 |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $115,807 | $0 |
| | | $0 | 16 | Real Property | $0 | |
| | | $0 | 17 | Insurance | $0 | |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $7,840 | $7,400 | ($440) | 23 | Other Selling | $577,204 | $7,400 |
| $0 | $2,000 | $2,000 | 24 | Other Administrative | $94,998 | $2,000 |
| | | $0 | 25 | Interest | $0 | |
| $0 | $0 | $0 | 26 | Other Expenses: Professional fees | $79,306 | $0 |
| $0 | | $0 | 27 | _____ | $0 | |
| $0 | $0 | $0 | 28 | _____ | $0 | $0 |
| $20,000 | $25,000 | $5,000 | 29 | Bankruptcy legal fees and other legal fees | $794,237 | $25,000 |
| $0 | | $0 | 30 | _____ | ($194) | |
| | | $0 | 31 | _____ | $0 | |
| | | $0 | 32 | _____ | $0 | |
| | | $0 | 33 | _____ | | |
| | | $0 | 34 | _____ | | |
| $65,185 | $71,900 | $6,715 | 35 | **Total Expenses** | $3,253,787 | $71,900 |
| ($76,830) | ($81,900) | $5,070 | 36 | **Subtotal** | ($633,071) | ($76,900) |
| | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | 37 | Professional Fees | $0 | $0 |
| | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| | $0 | 0 | | | $0 | $0 |
| | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $0 | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | $40,986 | $0 |
| | | $0 | 42 | _____ | $0 | $0 |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $40,986 | $0 |
| ($76,830) | ($81,900) | $5,070 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($674,057) | ($76,900) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($76,830) | ($81,900) | $5,070 | 46 | **Net Profit (Loss)** | ($674,057) | ($76,900) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only): $0

Case: 19-41283    Doc# 392-2    Filed: 03/21/22    Entered: 03/21/22 20:15:38    Page 1 of 7

# BALANCE SHEET
## (General Business Case)
For the Month Ended ___02/28/22___

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $282,632 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $150,280 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $432,912 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | $432,912 | $432,912 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $0 |
| 31 | Payroll taxes | | | $0 |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $962,315 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $962,315 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $962,315 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $0 |
| 50 | **Total Pre-Petition Liabilities** | | | $0 |
| 51 | **Total Liabilities** | | | $962,315 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($6,653,850) |
| 53 | Capital Stock | | $200 |
| 54 | Additional paid-in capital | | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | | ($674,057) |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | ($517,068) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $445,247 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $150,280 | $197,564 | |
| 31-60 Days | | | |
| 61-90 Days | | | $197,564 |
| 91+ Days | | | |
| Total accounts receivable/payable | $150,280 | $197,564 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $150,280 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
|   Product for resale | |
| Distribution - | |
|   Products for resale | $0 |
| Manufacturer - | |
|   Raw Materials | $0 |
|   Work-in-progress | $0 |
|   Finished goods | $0 |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | 0 |
| Add - | |
|   Net purchase | $0 |
|   Direct labor | $0 |
|   Manufacturing overhead | $0 |
|   Freight in | $0 |
|   Other: | $0 |
|   Freight, cdn, customer service, cdn | |
| Less - | |
|   Inventory End of Month | $0 |
|   Shrinkage | $0 |
|   Personal Use | $0 |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No **xxx**

How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost    __    15000
  LIFO cost    __
  Lower of cost or market    __
  Retail method    __
  Other    __
    Explain

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
#### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $246,723 | $5,987 | $27,939 | $1,983 |
| Total Funds on Hand for all Accounts | $282,632 | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/22

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $87,700 | $6,339,056 |
| 3 | Interest Received | $0 | $80 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | $0 |
| 8 | | | $0 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $87,700 | $6,339,136 |
| | **Cash Disbursements** | | $0 |
| 13 | Payments for Inventory | $0 | $15,000 |
| 14 | Selling | $7,840 | $576,828 |
| 15 | Administrative | $0 | $94,998 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | $0 |
| 19 | Personal Property | $0 | $115,807 |
| 20 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 | Salaries | $37,345 | $1,452,805 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $193,719 |
| 27 | Management Fees | $0 | ($2,449,157) |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes | $0 | $0 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | $0 |
| 33 | Vendors related to product delivery and performance | $48,446 | ($2,449,157) |
| 34 | Legal fees | $3,873 | |
| 35 | Research and development costs | $9,000 | $743,500 |
| 36 | Tax return preparation fees | $0 | $97,213 |
| 37 | Trustee fees Other expenses | $0 | $50,266 |
| 38 | **Total Cash Disbursements:** | $106,504 | $6,552,373 |
| 39 | **Net Increase (Decrease) in Cash** | ($18,804) | ($213,237) |
| 40 | **Cash Balance, Beginning of Period** | $301,436 | $495,868 |
| 41 | **Cash Balance, End of Period** | $282,632 | $282,631 |

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/22

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $87,700 | $6,339,056 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $80 |
| 4 | Cash Paid to Suppliers | $57,446 | $3,243,913 |
| 5 | Cash Paid for Selling Expenses | $7,840 | $576,828 |
| 6 | Cash Paid for Administrative Expenses | $0 | $94,998 |
| | Cash Paid for Rents/Leases: | | $0 |
| 7 | Personal Property | $0 | $115,807 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $193,719 |
| | Cash Paid to Owner(s)/Officer(s) | | $0 |
| 11 | Salaries | $37,345 | $1,452,805 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | $0 |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | $0 |
| 21 | | | $0 |
| 22 | Tax return preparation fees | $0 | $97,213 |
| 23 | Approved Bankruptcy Attorney fees | $3,873 | $711,824 |
| 24 | Inventory purchase | $0 | $15,000 |
| 25 | | | $0 |
| 26 | | | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($18,804) | ($162,971) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $5,200 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $38,679 |
| 31 | | $0 | $6,386 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($50,265) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($18,804) | ($213,236) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | $0 |
| 36 | | | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $0 |
| 40 | Capital Contributions | | $0 |
| 41 | Principal Payments | | $0 |
| 42 | | | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($18,804) | ($213,236) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 301,436 | $495,868 |
| 46 | **Cash and Cash Equivalents at End of Month** | $282,632 | $282,632 |

Revised 1/1/98