

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022
Account Number: 1820

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001832 DRE 703 142 09522 NNNNNNNNNNN T 1 000000000 D2 0000
JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225



## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected.

- **Non-Chase ATM transactions fee\* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers):** This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking℠ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking℠ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at chase.com/business-deposit-disclosures, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

\* Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 74,072.85 |
| Electronic Withdrawals | 1 | -74,072.85 |
| Ending Balance | 3 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Case: 19-41283    Doc# 398-3    Filed: 04/21/22    Entered: 04/21/22 19:53:23    Page 1 of 13



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | Deposit   2008980522 | $300.00 |
| 03/16 | Orig CO Name:Vidillion, Inc.   Orig ID:Bizedp   Desc Date:031522 CO Entry Descr Deposit  Sec:CCD   Trace#:091000011684771 Eed:220316  Ind ID:Dp31599726 Ind Name:Jadoo Tv   Jadoo November Impression Payment | 73,772.85 |
| **Total Deposits and Additions** | | **$74,072.85** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | 03/22 Online Transfer To Chk ...8142 Transaction#: 13937832824 | $74,072.85 |
| **Total Electronic Withdrawals** | | **$74,072.85** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/10 | $300.00 |
| 03/16 | 74,072.85 |
| 03/22 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022

Account Number: 5270

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004594 DRE 703 210 09522 NNNNNNNNNNN 1 000000000 D2 0000
PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588-8583



## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected.

- **Non-Chase ATM transactions fee\*** (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers): This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking℠ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking℠ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

\* Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,145.51 |
| Deposits and Additions | 1 | 10,000.00 |
| Electronic Withdrawals | 2 | -18,194.22 |
| Fees | 1 | -95.00 |
| Ending Balance | 4 | $1,856.29 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Case: 19-41283    Doc# 398-3    Filed: 04/21/22    Entered: 04/21/22 19:53:23    Page 3 of 13



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8225 US Trn: 3319502081Es | $10,000.00 |

**Total Deposits and Additions** $10,000.00

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | 03/03 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org:███████5270 Ptil LLC Ben:/Bg62Prcb92301449873701 Silistra Telecom Solutions Ltd. Ref: Business Expenses/Ocmt/Eur8000,/Exch/0.8794/Cntr/35720103/ Trn: 5459000062Re | $9,097.11 |
| 03/31 | 03/31 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org:███████5270 Ptil LLC Ben:/Bg62Prcb92301449873701 Silistra Telecom Solutions Ltd. Ref: Business Expenses/Ocmt/Eur8000,00/Exch/0.8794/Cntr/15242278/ Trn: 8681800090Re | 9,097.11 |

**Total Electronic Withdrawals** $18,194.22

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Service Charges For The Month of February | $95.00 |

**Total Fees** $95.00

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/03 | $953.40 |
| 03/22 | 10,953.40 |
| 03/31 | 1,856.29 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 4/5/22 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee - High | 2 | 0 | 2 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 4/5/22)** | | | | | **$95.00** |

**ACCOUNT** ███████5270
**Monthly Service Fee**

Case: 19-41283   Doc# 398-3   Filed: 04/21/22   Entered: 04/21/22 19:53:23   Page 4 of 13



March 01, 2022 through March 31, 2022

Account Number: 5270

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee - High | 2 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Case: 19-41283  Doc# 398-3  Filed: 04/21/22  Entered: 04/21/22 19:53:23  Page 5 of 13

Page 3 of 4



This Page Intentionally Left Blank

Case: 19-41283    Doc# 398-3    Filed: 04/21/22    Entered: 04/21/22 19:53:23    Page 6 of 13



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022
Account Number: 8142

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00034983 DRE 703 210 09522 NNNNNNNNNNN 1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected

- **Non-Chase ATM transactions fee*** (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers): This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking℠ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking℠ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

* Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $240,608.27 |
| Deposits and Additions | 7 | 127,879.95 |
| Checks Paid | 4 | -75,496.78 |
| Electronic Withdrawals | 8 | -78,456.53 |
| Fees | 1 | -110.00 |
| Ending Balance | 20 | $214,424.91 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/07 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:▮2921  Sec:CCD   Trace#:051000010066001 Eed:220307  Ind ID:1697317 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment 2022W8 For  ME\Rmr*Ik*Rchant ID▮2921\ Trn: | $12,848.33 |
| 03/14 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:▮2921  Sec:CCD   Trace#:051000012662261 Eed:220314  Ind ID:1709263 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment 2022W9 For  ME\Rmr*Ik*Rchant ID▮2921\ Trn: | 10,460.12 |
| 03/17 | Deposit    1998235132 | 3,960.00 |
| 03/21 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:▮2921  Sec:CCD   Trace#:051000017634953 Eed:220321  Ind ID:1722539 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment 2022W10 For M\Rmr*Ik*Erchant ID▮2921\ Trn: | 14,610.59 |
| 03/22 | Online Transfer From Chk ...1820 Transaction#: 13937832824 | 74,072.85 |
| 03/25 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Roku Inc 1155 Coleman Ave Ref: Chase Nyc/Ctr/Bnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-00000000 8456 Rfb=O/B Sil Vly Bk S Obi=Invoi Ce Number 00000541/11 Imad: 0325L1B77D1C000465 Trn: 0049110084Ff | 809.86 |
| 03/28 | Orig CO Name:Bluesnap Inc.    Orig ID:1450479415 Desc Date:    CO Entry Descr:▮2921  Sec:CCD   Trace#:051000010797968 Eed:220328  Ind ID:1735527 Ind Name:Jadootv    Rmr*Ik*Bluesnap Payment 2022W11 For M\Rmr*Ik*Erchant ID▮2921\ Trn: | 11,118.20 |
| **Total Deposits and Additions** | | **$127,879.95** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 5145 ^ | | 03/01 | $593.00 |
| 5148 * ^ | | 03/02 | 41,714.56 |
| 5149 ^ | | 03/14 | 32,189.22 |
| 5150 ^ | | 03/07 | 1,000.00 |
| **Total Checks Paid** | | | **$75,496.78** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/11 | 03/11 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0311B1Qgc08C004229 Trn: 0815740070Fg | $18,109.65 |
| 03/22 | 03/22 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 0322B1Qgc08C012158 Trn: 3319302081Es | 668.95 |
| 03/22 | 03/22 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton CA 94588-8583 US Trn: 3319502081Es | 10,000.00 |
| 03/22 | 03/22 Online International Wire Transfer A/C: Bank AL Falah Limited Karachi Pakistan 0 - Pk Ref: Import Software Services Consultancy Expenses Trn: 3319922081Es | 6,000.00 |
| 03/22 | Orig CO Name:American Express    Orig ID:9493560001 Desc Date:220322 CO Entry Descr:ACH Pmt  Sec:Web   Trace#:021000023585222 Eed:220322  Ind ID:A7640 Ind Name:Sajid Sohail | 9,559.06 |

Case: 19-41283    Doc# 398-3    Filed: 04/21/22    Entered: 04/21/22 19:53:23    Page 8 of 13



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | 03/24 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Ben: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Export Software Services Consultancy Expenses/Time/07:22 Imad: 0324B1Qgc03C002231 Trn: 3113452083Es | 9,000.00 |
| 03/29 | 03/29 Online International Wire Transfer A/C: Royal Bank of Canada Payment Centertoronto On Canada M5V2Y-1 CA Ben:/4550570 Roya Mahmoodzadeh Khalkhail Ref: Business Expenses Trn: 3024472088Es | 6,690.00 |
| 03/29 | 03/29 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0329B1Qgc05C003099 Trn: 0132670088Fg | 18,428.87 |
| | **Total Electronic Withdrawals** | **$78,456.53** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Service Charges For The Month of February | $110.00 |
| | **Total Fees** | **$110.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $240,015.27 | 03/14 | 170,200.29 | 03/24 | 227,615.72 |
| 03/02 | 198,300.71 | 03/17 | 174,160.29 | 03/25 | 228,425.58 |
| 03/03 | 198,190.71 | 03/21 | 188,770.88 | 03/28 | 239,543.78 |
| 03/07 | 210,039.04 | 03/22 | 236,615.72 | 03/29 | 214,424.91 |
| 03/11 | 191,929.39 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 1820

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $85.00 |
| **Total Service Charges** | **$85.00** Will be assessed on 4/5/22 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 16 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | 1 | 1 | $35.00 | $35.00 |
| Online US Dollar Intl Wire Fee | 3 | 3 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 2 | 0 | 2 | $25.00 | $50.00 |
| **Subtotal Other Service Charges (Will be assessed on 4/5/22)** | | | | | **$85.00** |



## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** ████████ 1820 | | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |
| **ACCOUNT** ████████ 8142 | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 5 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 14 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | | | | |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | | | | |
| Online US Dollar Intl Wire Fee | 3 | | | | |
| Online Domestic Wire Fee | 2 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



Financial summary report: Mar 1, 2022 to Mar 31, 2022

Merchant Account ID: ███████TW5U | PayPal Account: sadia@jadootv.com

**Jadoo TV**

PayPal Account: sadia@jadootv.com

5880 W. Las Positas Blvd, Suite #37, Pleasanton, CA 94588

(Amounts in USD)

| Balance | Beginning | Ending |
|---|---|---|
| Total balance | 5,987.00 | 5,589.90 |
| Available balance | 5,987.00 | 5,589.90 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
|---|---|---|
| **Sales activity** | — | 7,798.09 |
| Payments received | 0.00 | 7,798.09 |
| Disbursements received | 0.00 | 0.00 |
| Refunds sent | 0.00 | 0.00 |
| **Fees** | -263.35 | — |
| Payment fees | -228.36 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Dispute Fees | 0.00 | 0.00 |
| Account fees invoice | -30.00 | 0.00 |
| Other fees | -4.99 | 0.00 |
| **Dispute activity** | 0.00 | — |
| Chargebacks & disputes | 0.00 | 0.00 |
| Dispute reimbursements | 0.00 | 0.00 |
| **Transfers & withdrawals** | -75.47 | — |
| Currency Transfers | -75.47 | 0.00 |
| Transfers to PayPal account | 0.00 | 0.00 |
| Transfers from PayPal account | 0.00 | 0.00 |
| **Purchase activity** | -7,856.37 | — |
| Online payments sent | -7,856.37 | 0.00 |
| Refunds received | 0.00 | 0.00 |

# PayPal

Merchant Account ID: ▓▓▓▓▓▓▓TW5U | PayPal Account: sadia@jadootv.com

| Activity | Debit | Credit |
|---|---|---|
| Debit card purchases | 0.00 | 0.00 |
| Debit card returns | 0.00 | 0.00 |
| **Reserves & releases** | **0.00** | **—** |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| Blocked payments | 0.00 | 0.00 |
| **Other activity** | **—** | **0.00** |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 0.00 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -1,164.56 | 1,164.56 |

Note: This is not an actual bill.

Account Balance

Report parameters:
Merchant Id= 2921

| Currency | Total of Gross Amount | Total of Commission Amount | Affiliates Amount | Total of Net Amount | Total of Paid by 3rd Party | Total of Payout Adjustment Amount | Account Balance | Refund Reserve Amount | BlueSnap Reserve Amount |
|---|---|---|---|---|---|---|---|---|---|
| USD | 35,306.90 | -3,136.47 | 0 | 30,268.16 | 0 | -135 | 30,035.59 | 0 | 10,237.80 |