# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 09/30/22

| Current Month | | | | | Cumulative | Next Month |
| --- | --- | --- | --- | --- | --- | --- |
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $141,195 | $140,000 | $1,195 | 1 | Gross Sales | $7,218,964 | $140,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $141,195 | $140,000 | $1,195 | 3 | Net Sales | $7,218,964 | $140,000 |
| $65,181 | $95,000 | $29,819 | 4 | less: Cost of Goods Sold (Schedule 'B') | $4,294,134 | $95,000 |
| $76,014 | $45,000 | $31,014 | 5 | Gross Profit | $2,924,830 | $45,000 |
| $0 | $0 | $0 | 6 | Interest | $80 | $0 |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $76,014 | $45,000 | $31,014 | 10 | **Total Revenues** | $2,924,910 | $45,000 |
| | | | | **Expenses:** | | |
| $35,596 | $37,500 | $1,904 | 11 | Compensation to Owner(s)/Officer(s) | $1,620,322 | $37,500 |
| $4,013 | $3,167 | ($846) | 12 | Salaries | $240,186 | $3,167 |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $115,807 | $0 |
| | | $0 | 16 | Real Property | $0 | |
| | | $0 | 17 | Insurance | $0 | |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $0 | |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $10,255 | $7,800 | ($2,455) | 23 | Other Selling | $633,266 | $7,800 |
| $0 | $2,000 | $2,000 | 24 | Other Administrative | $94,998 | $2,000 |
| | | $0 | 25 | Interest | $0 | |
| $0 | $0 | $0 | 26 | Other Expenses: Professional fees | $85,639 | $0 |
| $0 | | $0 | 27 | | $0 | |
| $0 | $0 | $0 | 28 | | $0 | $0 |
| $0 | $10,000 | $10,000 | 29 | Bankruptcy legal fees and other legal fees | $829,237 | $10,000 |
| $0 | | $0 | 30 | | ($194) | |
| | | $0 | 31 | | $0 | |
| | | $0 | 32 | | $0 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $49,864 | $60,467 | $10,603 | 35 | **Total Expenses** | $3,619,261 | $60,467 |
| $26,150 | ($15,467) | $41,617 | 36 | **Subtotal** | ($694,351) | ($15,467) |
| | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | 37 | Professional Fees | $0 | $0 |
| | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | $0 |
| | | 0 | | Resulting Chp 11 Case | $0 | $0 |
| | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $0 | $3,500 | $3,500 | 41 | U.S. Trustee Quarterly Fees | $44,120 | $3,500 |
| | $0 | $0 | 42 | | $0 | $0 |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $44,120 | $0 |
| $26,150 | ($15,467) | $41,617 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($738,471) | ($15,467) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $26,150 | ($15,467) | $41,617 | 46 | **Net Profit (Loss)** | ($738,471) | ($15,467) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only): $26,150

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended     09/30/22

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $198,828 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $221,040 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $419,868 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | $419,868 | $419,868 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| # | Description | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $1,001,350 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $1,001,350 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $1,001,350 |

    **Pre-Petition Liabilities (allowed amount)**

| # | Description | | Amount |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $1,001,350 |

**Equity (Deficit)**

| # | Description | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($6,653,850) |
| 53 | Capital Stock | $200 |
| 54 | Additional paid-in capital | $6,810,639 |
| 55 | Cumulative profit/(loss) since filing of case | ($738,471) |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($581,482) |
| 60 | **Total Liabilities and Equity (Deficit)** | $419,868 |

Revised 1/1/98

Case: 19-41283   Doc# 419-2   Filed: 10/21/22   Entered: 10/21/22 06:47:38   Page 3 of 7

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $221,040 | $248,933 | |
| 31-60 Days | | | |
| 61-90 Days | | | $248,933 |
| 91+ Days | | | |
| Total accounts receivable/payable | $221,040 | $248,933 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $221,040 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 0 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $0 |
| Product for resale | | Direct labor | $0 |
| | | Manufacturing overhead | $0 |
| Distribution - | | Freight in | $0 |
| Products for resale | $0 | Other: | $0 |
| | | Freight, cdn, customer service, cdn | |
| Manufacturer - | | | |
| Raw Materials | $0 | Less - | |
| Work-in-progress | $0 | Inventory End of Month | $0 |
| Finished goods | $0 | Shrinkage | $0 |
| | | Personal Use | $0 |
| Other - Explain | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____ No _xxx_

How often do you take a complete physical inventory?

- Weekly _____
- Monthly _____
- Quarterly _____
- Semi-annually _____
- Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost ___ 15000
- LIFO cost ___
- Lower of cost or market ___
- Retail method ___
- Other ___
-   Explain

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $5,206,550 | $5,206,550 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Chase - All | Paypal | BlueSnap | Comerica |
| Account Type | checking/Saving | Deposit | Deposit | Checking |
| Account No. | Various | | | Various |
| Account Purpose | General | Payments | Payments | General |
| Balance, End of Month | $166,116 | $1,653 | $29,076 | $1,983 |
| Total Funds on Hand for all Accounts | $198,828 | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 09/30/22

|    |                                                          | Actual Current Month |
|----|----------------------------------------------------------|---------------------:|
|    | **Cash Receipts**                                        |                      |
| 1  | Rent/Leases Collected                                    | $0                   |
| 2  | Cash Received from Sales                                 | $151,217             |
| 3  | Interest Received                                        | $0                   |
| 4  | Borrowings                                               | $0                   |
| 5  | Funds from Shareholders, Partners, or Other Insiders     | $0                   |
| 6  | Capital Contributions                                    | $0                   |
| 7  |                                                          |                      |
| 8  |                                                          |                      |
| 9  |                                                          |                      |
| 10 |                                                          |                      |
| 11 |                                                          |                      |
| 12 | **Total Cash Receipts**                                  | $151,217             |
|    | **Cash Disbursements**                                   |                      |
| 13 | Payments for Inventory                                   | $0                   |
| 14 | Selling                                                  | $10,255              |
| 15 | Administrative                                           | $0                   |
| 16 | Capital Expenditures                                     | $0                   |
| 17 | Principal Payments on Debt                               | $0                   |
| 18 | Interest Paid                                            | $0                   |
|    | Rent/Lease:                                              |                      |
| 19 |     Personal Property                | $0                   |
| 20 |     Real Property                    |                      |
|    | Amount Paid to Owner(s)/Officer(s)                       |                      |
| 21 |     Salaries                         | $35,596              |
| 22 |     Draws                            | $0                   |
| 23 |     Commissions/Royalties            | $0                   |
| 24 |     Expense Reimbursements           | $0                   |
| 25 |     Other                            | $0                   |
| 26 | Salaries/Commissions (less employee withholding)         | $4,013               |
| 27 | Management Fees                                          | $0                   |
|    | Taxes:                                                   |                      |
| 28 |     Employee Withholding             | $0                   |
| 29 |     Employer Payroll Taxes           | $0                   |
| 30 |     Real Property Taxes              | $0                   |
| 31 |     Other Taxes                      | $0                   |
| 32 | Other Cash Outflows:                                     | $0                   |
| 33 |     Vendors related to product delivery and performance | $65,089 |
| 34 |     Legal fees                       | $0                   |
| 35 |     Research and development costs   | $9,000               |
| 36 |     Tax return preparation fees      | $0                   |
| 37 |     Trustee fees Other expenses      | $0                   |
| 38 | **Total Cash Disbursements:**                            | $123,953             |
| 39 | **Net Increase (Decrease) in Cash**                      | $27,264              |
| 40 | **Cash Balance, Beginning of Period**                    | $171,564             |
| 41 | **Cash Balance, End of Period**                          | $198,828             |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 09/30/22

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|  | **Cash Flows From Operating Activities** |  |  |
| 1 | Cash Received from Sales | $151,217 | $7,178,395 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $80 |
| 4 | Cash Paid to Suppliers | $74,089 | $3,764,331 |
| 5 | Cash Paid for Selling Expenses | $10,255 | $632,890 |
| 6 | Cash Paid for Administrative Expenses | $0 | $94,998 |
|  | Cash Paid for Rents/Leases: |  | $0 |
| 7 |    Personal Property | $0 | $115,807 |
| 8 |    Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $4,013 | $205,758 |
|  | Cash Paid to Owner(s)/Officer(s) | $0 | $0 |
| 11 |    Salaries | $35,596 | $1,708,845 |
| 12 |    Draws | $0 | $0 |
| 13 |    Commissions/Royalties | $0 | $0 |
| 14 |    Expense Reimbursements | $0 | $0 |
| 15 |    Other | $0 | $0 |
|  | Cash Paid for Taxes Paid/Deposited to Tax Acct. |  | $0 |
| 16 |    Employer Payroll Tax | $0 | $0 |
| 17 |    Employee Withholdings | $0 | $0 |
| 18 |    Real Property Taxes | $0 | $0 |
| 19 |    Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses |  | $0 |
| 21 |  |  | $0 |
| 22 | Tax return preparation fees | $0 | $109,449 |
| 23 | Approved Bankruptcy Attorney fees | $0 | $775,038 |
| 24 | Inventory purchase | $0 | $15,000 |
| 25 |  |  | $0 |
| 26 |  |  | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $27,264 | ($243,641) |
|  | **Cash Flows From Reorganization Items** |  |  |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case |  | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $5,200 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $40,146 |
| 31 |  | $0 | $8,053 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($53,399) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $27,264 | ($297,040) |
|  | **Cash Flows From Investing Activities** |  |  |
| 34 | Capital Expenditures |  | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case |  | $0 |
| 36 |  |  | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|  | **Cash Flows From Financing Activities** |  |  |
| 38 | Net Borrowings (Except Insiders) |  | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders |  | $0 |
| 40 | Capital Contributions |  | $0 |
| 41 | Principal Payments |  | $0 |
| 42 |  |  | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $27,264 | ($297,040) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 171,564 | $495,868 |
| 46 | **Cash and Cash Equivalents at End of Month** | $198,828 | $198,828 |

Revised 1/1/98