# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number: 1820

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002039 DRE 703 142 27822 NNNNNNNNNNN T 1 000000000 D2 0000

JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 76,193.44 |
| Electronic Withdrawals | 1 | -76,193.44 |
| Ending Balance | 3 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | Deposit  2027225520 | $300.00 |
| 09/15 | Orig CO Name:Sabio, Inc.  Orig ID:9814416124 Desc Date:  CO Entry  Descr:ACH Singlesec:CCD  Trace#:121143626647844 Eed:220915  Ind ID:1574787  Ind Name:Jadoo Tv  June22 Activity Trn: 2586647844Tc | 75,893.44 |
| **Total Deposits and Additions** | | **$76,193.44** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | 09/16 Online Transfer To Chk ...8142 Transaction#: 15313724148 | $76,193.44 |
| **Total Electronic Withdrawals** | | **$76,193.44** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | $300.00 |
| 09/15 | 76,193.44 |
| 09/16 | 0.00 |



## SERVICE CHARGE SUMMARY

| | |
|---|---:|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number: ▮▮▮▮5270

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006019 DRE 703 210 27822 NNNNNNNNNNN 1 000000000 D2 0000

PTIL LLC
5653 STONERIDGE DR STE 119
PLEASANTON CA 94588-8583

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $8,986.58 |
| Deposits and Additions | 1 | 8,500.00 |
| Electronic Withdrawals | 1 | -8,185.82 |
| Fees | 1 | -95.00 |
| Ending Balance | 3 | $9,205.76 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/29 | Book Transfer Credit B/O: Jadoo Tv Inc Pleasanton CA 94588-8225 US Trn: 3364112272Es | $8,500.00 |
| **Total Deposits and Additions** | | **$8,500.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | 09/02 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org:▮▮▮▮▮▮5270 Ptil LLC Ben:/Bg62Prcb92301449873701 Silistra Telecom Solutions Ltd. Ref: Business Expenses/Ocmt/Eur8000,00/Exch/0.9773/Cntr/22814070/ Trn: 7749100245Re | $8,185.82 |
| **Total Electronic Withdrawals** | | **$8,185.82** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Service Charges For The Month of August | $95.00 |
| **Total Fees** | | **$95.00** |

Case: 19-41283   Doc# 419-3   Filed: 10/21/22   Entered: 10/21/22 06:47:38   Page 3 of 11



September 01, 2022 through September 30, 2022

Account Number: ####5270

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/02 | $800.76 |
| 09/06 | 705.76 |
| 09/29 | 9,205.76 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| Total Service Charges | $95.00 | Will be assessed on 10/5/22 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee - High | 1 | 0 | 1 | $0.00 | $0.00 |
| Subtotal Other Service Charges (Will be assessed on 10/5/22) | | | | | $95.00 |

**ACCOUNT ####5270**

| | | |
|---|---|---|
| **Monthly Service Fee** | | |
| Monthly Service Fee | 1 | |
| **Other Service Charges:** | | |
| **Electronic Credits** | | |
| Electronic Credits | 1 | |
| **Credits** | | |
| Non-Electronic Transactions | 1 | |
| **Miscellaneous Fees** | | |
| Online Fx Intl Wire Fee - High | 1 | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

CHASE ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number: 8142

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00038541 DRE 703 210 27822 NNNNNNNNNN 1 000000000 D2 0000
JADOO TV INC
7977 FOOTHILL KNOLLS DR
PLEASANTON CA 94588-8225

# CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $126,557.99 |
| Deposits and Additions | 9 | 154,362.63 |
| Checks Paid | 2 | -36,852.70 |
| Electronic Withdrawals | 12 | -87,086.74 |
| Fees | 1 | -75.00 |
| Ending Balance | 24 | $156,906.18 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:220901 CO Entry Descr:Transfer  Sec:PPD    Trace#:021000023691278 Eed:220901   Ind ID: Ind Name:Jadoo Tv Trn: 2443691278Tc | $8,482.49 |
| 09/06 | Orig CO Name:Bluesnap Inc.     Orig ID:1450479415 Desc Date:     CO Entry Descr:▇2921   Sec:CCD   Trace#:051000011633680 Eed:220906   Ind ID:2048839 Ind Name:Jadootv          Rmr*Ik*Bluesnap Payment 2022W34 For M\Rmr*Ik*Erchant ID▇2921\ Trn: | 11,841.78 |
| 09/12 | Orig CO Name:Bluesnap Inc.     Orig ID:1450479415 Desc Date:     CO Entry Descr:▇2921   Sec:CCD   Trace#:051000016614039 Eed:220912   Ind ID:2060125 Ind Name:Jadootv          Rmr*Ik*Bluesnap Payment 2022W35 For M\Rmr*Ik*Erchant ID▇2921\ Trn: | 10,591.69 |
| 09/16 | Online Transfer From Chk ...1820 Transaction#: 15313724148 | 76,193.44 |
| 09/19 | Orig CO Name:Bluesnap Inc.     Orig ID:1450479415 Desc Date:     CO Entry Descr:▇2921   Sec:CCD   Trace#:051000015834089 Eed:220919   Ind ID:2074437 Ind Name:Jadootv          Rmr*Ik*Bluesnap Payment 2022W36 For M\Rmr*Ik*Erchant ID▇2921\ Trn: | 9,465.79 |



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Volant Media Uk Ltd Ys Gb Ref: Nbnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-000000008456 Org=/401 27684826344 Ys Gb Ogb=Hsbc Bank Plc Re Hbuk London Gb Ssn: 0295039 Trn: 0698510266Fc | 12,075.00 |
| 09/26 | Orig CO Name:Bluesnap Inc.      Orig ID:1450479415 Desc Date:    CO Entry Descr:  2921  Sec:CCD  Trace#:051000012365411 Eed:220926  Ind ID:2088289 Ind Name:Jadootv        Rmr*Ik*Bluesnap Payment 2022W37 For M\Rmr*Ik*Erchant ID  2921\ Trn: | 12,745.55 |
| 09/29 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Volant Media Uk Ltd Ys Gb Ref: Nbnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-000000008456 Org=/401 27684826344 Ys Gb Ogb=Hsbc Bank Plc Re Hbuk London Gb Obi=599-00000599/10 Jtv-Ds-722-98 Ssn: 0253545 Trn: 0583140272Fc | 12,075.00 |
| 09/29 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Roku Inc 1155 Coleman Ave Ref: Chase Nyc/Ctr/Bnf=Jadoo Tv Inc Pleasanton CA 94588-8225 US/Ac-00000000 8456 Rfb=O/B Sil Vly Bk S Obi=Invoi Ce Number 00000819/7 Imad: 0929L1B77D1C000616 Trn: 0057240272Ff | 891.89 |

**Total Deposits and Additions** $154,362.63

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5171 ^ | | 09/01 | $35,852.70 |
| 5172 ^ | | 09/06 | 1,000.00 |

**Total Checks Paid** $36,852.70

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | 09/02 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 0902B1Qgc05C001002 Trn: 3025312245Es | $2,607.00 |
| 09/06 | Orig CO Name:Paypal        Orig ID:Paypalsi77 Desc Date:220904 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000029373622 Eed:220906  Ind ID:Fedex       Ind Name:Jadoo Tv | 71.41 |
| 09/06 | Orig CO Name:Hebergement Ovh     Orig ID:770510487C Desc Date:    CO Entry Descr:Iat Paypalsec:Web   Trace#:021000029025991 Eed:220906  Ind ID:1022139376335 Ind Name:Jadoo Tv | 791.95 |
| 09/13 | 09/13 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0913B1Qgc03C002622 Trn: 0126010256Fg | 19,851.83 |
| 09/20 | 09/20 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Evolution Advertising And Marketingcharlotte NC 28202 US Imad: 0920B1Qgc06C001229 Trn: 3031582263Es | 3,168.00 |
| 09/21 | 09/21 Online International Wire Transfer A/C: Bank AL Falah Limited Karachi Pakistan 0 - Pk Ref: Consultancy Expenses Trn: 3364652264Es | 6,000.00 |
| 09/23 | Orig CO Name:Paypal        Orig ID:Paypalsi77 Desc Date:220923 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000029014527 Eed:220923  Ind ID:Fedex       Ind Name:Jadoo Tv | 29.38 |
| 09/23 | Orig CO Name:American Express    Orig ID:9493560001 Desc Date:220923 CO Entry Descr:ACH Pmt  Sec:Web   Trace#:021000021632885 Eed:220923  Ind ID:A3738 Ind Name:Sajid Sohail | 8,055.03 |
| 09/26 | 09/26 Online International Wire Transfer Via: Standard Chart/026002561 A/C: Fayspkkaxxx Karachi Pk Ben: Altair Technologies (Pvt.) Ltd Islamabad Pk Ref: Software Services Consultancy Expenses/Time/03:52 Imad: 0926B1Qgc08C001586 Trn: 3124572269Es | 9,000.00 |



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | 09/28 Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Trinet Hr III, Inc US Ref:/Bnf/Trinet Request Imad: 0928B1Qgc02C002975 Trn: 0258850271Fg | 19,757.14 |
| 09/29 | 09/29 Online International Wire Transfer A/C: Royal Bank of Canada Payment Centertoronto On Canada M5V2Y-1 CA Ref: Business Expenses Trn: 3319612272Es | 9,255.00 |
| 09/29 | 09/29 Online Domestic Wire Transfer A/C: Ptil LLC Pleasanton CA 94588-8583 US Trn: 3364112272Es | 8,500.00 |

**Total Electronic Withdrawals** $87,086.74

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Service Charges For The Month of August | $75.00 |

**Total Fees** $75.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | $99,187.78 | 09/16 | 173,417.50 | 09/23 | 177,705.88 |
| 09/02 | 96,580.78 | 09/19 | 182,883.29 | 09/26 | 181,451.43 |
| 09/06 | 106,484.20 | 09/20 | 179,715.29 | 09/28 | 161,694.29 |
| 09/12 | 117,075.89 | 09/21 | 173,715.29 | 09/29 | 156,906.18 |
| 09/13 | 97,224.06 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 1820

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $50.00 |
| **Total Service Charges** | **$50.00** Will be assessed on 10/5/22 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 9 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 16 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 3 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | 2 | 0 | $35.00 | $0.00 |
| Online US Dollar Intl Wire Fee | 1 | 1 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 3 | 1 | 2 | $25.00 | $50.00 |
| **Subtotal Other Service Charges (Will be assessed on 10/5/22)** | | | | | **$50.00** |

**ACCOUNT** 1820



Case: 19-41283    Doc# 419-3    Filed: 10/21/22    Entered: 10/21/22 06:47:38    Page 7 of 11



September 01, 2022 through September 30, 2022
Account Number: ▮▮▮▮ 3142

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |

**ACCOUNT** ▮▮▮▮ 3142

| | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 8 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 14 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 3 | | | | |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | | | | |
| Online US Dollar Intl Wire Fee | 1 | | | | |
| Online Domestic Wire Fee | 3 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Case: 19-41283    Doc# 419-3    Filed: 10/21/22    Entered: 10/21/22 06:47:38    Page 8 of 11



Financial summary report: Sep 1, 2022 to Sep 30, 2022

Merchant Account ID: ███████TW5U | PayPal Account: sadia@jadootv.com

**Jadoo TV**

PayPal Account: sadia@jadootv.com
5880 W. Las Positas Blvd, Suite #37, Pleasanton, CA 94588

(Amounts in USD)

| Balance | Beginning | Ending |
|---|---|---|
| Total balance | 8,482.49 | 1,653.46 |
| Available balance | 8,482.49 | 1,653.46 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
|---|---|---|
| **Sales activity** | -- | 3,445.32 |
| Payments received | 0.00 | 3,733.32 |
| Disbursements received | 0.00 | 0.00 |
| Refunds sent | -288.00 | 0.00 |
| **Fees** | -146.00 | -- |
| Payment fees | -116.00 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Dispute Fees | 0.00 | 0.00 |
| Bank Return Fees | 0.00 | 0.00 |
| Account fees invoice | -30.00 | 0.00 |
| **Other fees** | 0.00 | 0.00 |
| Dispute activity | 0.00 | -- |
| Chargebacks & disputes | 0.00 | 0.00 |
| **Dispute reimbursements** | 0.00 | 0.00 |
| Transfers & withdrawals | -7,375.63 | -- |
| Currency Transfers | -47.67 | 261.79 |
| Transfers to PayPal account | 0.00 | 892.74 |
| **Transfers from PayPal account** | -8,482.49 | 0.00 |
| Purchase activity | -2,752.72 | -- |
| Online payments sent | -2,752.72 | 0.00 |

PayPal Inc., 2211 N First St, San Jose, CA 95131

Case: 19-41283    Doc# 419-3    Filed: 10/21/22    Entered: 10/21/22 06:47:38    Page 9 of 11

Page 1



Merchant Account ID: ▇▇▇▇TW5U  |  PayPal Account: sadia@jadootv.com

| Activity | Debit | Credit |
|---|---:|---:|
| Refunds received | 0.00 | 0.00 |
| Debit card purchases | 0.00 | 0.00 |
| **Debit card returns** | **0.00** | **0.00** |
| Reserves & releases | 0.00 | -- |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| **Blocked payments** | **0.00** | **0.00** |
| Other activity | -- | 0.00 |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 0.00 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -172.00 | 172.00 |

Note: This is not an actual bill.

PayPal Inc., 2211 N First St, San Jose, CA 95131

Case: 19-41283    Doc# 419-3    Filed: 10/21/22    Entered: 10/21/22 06:47:38    Page 10 of 11

Account Balance

Report parameters:
Merchant Id=▮2921

| Currency | Total of Gross Amount | Total of Commission Amount | Affiliates Amount | Total of Net Amount | Total of Paid by 3rd Party | Total of Payout Adjustment Amount | Account Balance | Refund Reserve Amount | BlueSnap Reserve Amount |
|---|---|---|---|---|---|---|---|---|---|
| USD | 33,896.53 | -3,118.83 | 0 | 29,248.63 | 0 | -124.25 | 29,075.97 | 0 | 10,237.80 |