GREGORY S. POWELL (CA SBN 182199)
Assistant United States Trustee
JASON BLUMBERG (CA SBN 330150)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>Debtor. | Case No. No. 19-41283 WJL<br><br>Chapter 11<br><br>Date: February 8, 2023<br>Time: 10:30 A.M.<br>Place: In Person or by Zoom<br><br>Judge: William J. Lafferty |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE (ECF No. 422)**

As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the United States Trustee's motion to dismiss or convert this case filed on January 9, 2023 (ECF No. 422) (the "Motion") and has reviewed the Court's record and no answer, objection, or other responsive pleading to the Motion appears, **other than the Debtor's statement of non-opposition to entry of an Order granting the Motion and dismissing this Chapter 11 case (ECF No. 427)**. Pursuant to the notice of motion (ECF No. 423), objections to the Motion were to

be filed and served no later than January 25, 2023, and no informal extension of time to object has been provided.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

Dated: February 1, 2023.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:/s/ Jason Blumberg
JASON BLUMBERG
Trial Attorney for the United States Trustee

Page -2-